#061446

ORIGINAL

FILED
DEC 6 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

CAUSE NO 07-862 C

HOOSIER TRADEWINDS, INC. )
n/k/a TRADEWINDS, )
Plaintiff )
)
Vs. )
)
UNITED STATES DEPARTMENT )
OF DEFENSE and UNITED STATES )
DEPARTMENT OF TRNASPORTATION )
Defendants )

# COMPLAINT FOR BREACH OF CONTRACT

Comes now the plaintiff, by counsel, and for cause of action against the defendants states:

1. Plaintiff is a corporation authorized to do business in the State of Indiana, and is headquartered in Westfield, Indiana.

2. That the United States Department of Defense and the United States Department of Transportation purchased the plaintiff's services through the agent of the defendants, Trism Special Services, Inc. ("Trism".)

3. That the plaintiff is a contractor which provided carrier services for the defendants from June 2001 through August 2001 totaling $16,313.00, which defendants have not paid to plaintiff.

4. Defendants did pay the broker, Trism, who was to pay plaintiff, but Trism filed Chapter 11 Bankruptcy on December 11, 2001, and failed to pay the plaintiff for the services that plaintiff provided to the defendants.

5. Plaintiff's cause of action against the defendants thus accrued on or after December 11, 2001 when Trism, defendants' agent, failed to pay plaintiff and instead filed bankruptcy and, therefore, defendants should pay the plaintiff as Trism was the broker of the defendants.

6. That the Court of Federal Claims has jurisdiction pursuant to 41 USC §602(A) because it is a claim founded on express and implied contract for services with the United States Government in excess of $10,000.00, brought under the Contract Disputes Act of 1978 (41 USC §602(A)(2) and §609(A)(1).)

7. In this case, the defendants or the consignor are originally liable for the carrier's charges, as defendants' agent has failed to pay plaintiff. *See, South Pac. Transp. Co. v. Commercial Metals,* 456 US 336, 347, 72 L. Ed. 2d 114, 102 S. Ct. 1815, which holds that although freight forwarders have the obligation to pay the carrier, the shipper is primarily liable. 49 CFR 371, 377.

8. That the following unpaid invoices to Trism are attached:

| | Invoice No. | Invoice Date | Amount Due |
|---|---|---|---|
| a. | 4546 | 8-21-01 | $ 3,631.00 |
| b. | 4430 | 8-14-01 | 2,579.00 |
| c. | 4431 | 8-14-01 | 2,500.00 |
| d. | 3490 | 6-19-01 | 1,500.00 |
| e. | 3491 | 6-19-01 | 1,864.00 |

| | | | |
|---|---|---|---|
| f. | 3818 | 7-11-01 | 1,889.20 |
| g. | 3585 | 6-16-01 | 2,350.00 |
| | | TOTAL DUE = | $16,313.00 |

9. That the above invoices, together with the brokerage rate confirmation for each invoice and bill of lading are attached hereto, made a part hereof and labeled as Exhibits 1 through 21.

10. That pursuant to 41 USC §611, plaintiff is entitled to interest on the unpaid balance.

11. That this is a small claim pursuant to 41 USC §608 as this claim is under $50,000.00.

12. That there is privity of contract between plaintiff and the defendants.

WHEREFORE, plaintiff prays for judgment in the amount of $16,313.00, interest thereon, costs, and for all other relief just and proper in the premises.

Respectfully submitted

BULLMAN LAW OFFICE

By: [signature]

John P. Bullman, Attorney No. 2985-05
801 Anthony Wayne Bldg.
203 East Berry Street
Fort Wayne, IN 46802
Telephone: 260/422-4042
Facsimile: 260/424-3053
ATTORNEY FOR PLAINTIFF

# Invoice

Hoosier Tradewinds, Inc.

1980 E. 116th St.
Suite 317
Carmel, IN 46032

| Date | Invoice # |
|---|---|
| 6/19/2001 | 3491 |

8-13
later

7-20
2weeks
7-30
2m

| Bill To |
|---|
| Trism Special Services, Inc.<br>P.O. Box 113<br>Joplin, MO 64802<br>1-800-811-5161 |

| P.O. Number | Terms | Project |
|---|---|---|
| 24761009 | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Ship date: 06-07-01<br>Hialeah, FL<br><br>Delivery date: 06-12-01<br>Ft Riley, KS | 1,864.00 | 1,864.00 |

Thank you for your business.

**Total** $1,864.00

EXHIBIT "1"

Dave

BROKERAGE RATE CONFIRMATION

CARRIER: HOOSIER TRADEWINDS COMP NMBR: 24761009 (Put on Invoice)
PAYMENT METHOD: 3rd PARTY (43475) CONTRACT RATE: SEE NOTES

BILL TO BROKER:
TRISM SPECIAL SERVICES, INC. KENNESAW: (800)811-5161
P.O. BOX 113 COLUMBUS: (877)888-6392
JOPLIN, MISSOURI 64802
ATTN: ACCOUNTS PAYABLE - BROKERAGE

SHIPPER:
NAVY MARINE RES TRN CTR
18650 NW 62ND
18650 NW 62ND
HIALEAH
FL 33010
SGT CARTER: (305)628-5173

CONSIGNEE:
FT RILEY DRMO
BLDG 1671
FT RILEY
KS 66442
DON FORD OR SGT WHITE: (785)239-2185

| VIA PNTS | LOCATION NAME | STREET ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|---|
| NONE | | | | | |

PICK-UP WINDOW:
FROM DATE/TIME: 06/07/01 08:00
TO DATE/TIME: 06/07/01 14:00

DELIVERY WINDOW:
FROM DATE/TIME: 06/12/01 08:00
TO DATE/TIME: 06/12/01 10:00

BILL OF LADING: COMMODITY CODE: XGFX
TARIFF CODE AND ITEM #: TRIM 521 LTL Y/N:
CHAINS 0 BINDERS 0 TARPS 0 WENCHES 0 STRAPS 0 LDLOCKS 0

| PCS | COMMODITY | SERIAL NUMBER | WEIGHT | AS WGHT |
|---|---|---|---|---|
| 2 | HUMVEES | NA | 20000 | 30000 |

PRODUCT DIMENSIONS: 48'0"X8'0"X8'0" REQUIRED EQUIPMENT: F
OVERALL DIMENSIONS: TARPS: N

NOTES - NOTES - NOTES

** GOV'T LOAD - YOUR DRIVER MUST CALL TRISM BROKERAGE WITH THE GBL#!!!! **
ORDERED BY ROBBIE AT HOMESTEAD AFB.. MAKE SURE TO
BE ON TIME TO LOAD.. CAN NOT DEL LOAD UNTIL 6-12-01
PER MARINES....
* CARRIER PAY INCLUSIVE OF FUEL SURCHARGES ***
HOOSIER TRADEWINDS TO BILL 1864.00 CRAIG 800.408.8771
BROKERED BY TODD WHEELER 800.811.5161 FAX 770.795.4605

SERVICE: This Rate Confirmation is made, and all transportation services provided by Carrier, shall constitute an Addendum to and part of that certain Brokerage Agreement, entered into by the parties. Upon signing this document, Carrier agrees not to back solicit any shipper or consignee of Broker.

GOVERNING LAW/JURISDICTION: This contract shall be governed by and construed under the laws of the State of Georgia. All disputes arising hereunder shall be heard by a court of competent jurisdiction in Cobb County, Georgia and the parties hereby consent and submit thereto.

DOCUMENTATION: Each load trasported under this contract shall be evidenced by a standard uniform straight bill of lading, which will be numbered and will be signed by the consignee as evidence of delivery, and such bill of lading must be submitted to Broker as a condition of payment of freight charges.

HOOSIER TRADEWINDS

BY: [signature] DATE: ____________

EXHIBIT "2"

# COMMERCIAL BILL OF LADING

DATE ISSUED: 05-JUN-2001
B/L NO. CNFL100223

CARRIER: TRISM SPECIALIZED CARRIERS, I
SCAC: TRIM
CARRIER ACCOUNT NO.

DESTINATION (Name, address, and ZIP code):
SUPPLY SERVICES DIV DOL
BLDG 1671 CAMP FUNSTON VEHICLE PROC
FT RILEY, KS 66442-0000
SPLC (Dest.): 585234250

ORIGIN (Name, address and ZIP code):
AT TOW CO 8TH TANK BN
18650 NW 62ND AVE
HIALEAH, FL 33015-6009
SPLC (Orig.): 499726000

CONSIGNEE (Name, address and ZIP code of installation):
SUPPLY SERVICES DIV DOL
BLDG 1671 CAMP FUNSTON VEHICLE PROC
FT RILEY, KS 66442-0000
GBLOC (Cons.): KOAT

SHIPPER (Name, address and ZIP code):
TRAFFIC MANAGEMENT OFFICE
BLDG 213 WESTOVER ST/SUITE 133
HOMESTEAD ARB, FL 33039-5270

APPROPRIATION CHARGEABLE ADVICE NO: M21400
O/A: 17711107.27A0 000 67861 067443 2D M67861 67861 CH400

BILL CHARGES TO (Dept/agency, bureau/office mailing address and ZIP code):
USBANK
8010 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55415
AGENCY LOC CODE: USBANK

VIA (Route shipment when advantageous to the Government)

MARKS AND ANNOTATIONS DDD = 2001-06-14
TP1 DDD: 010614 POC DON FORD OR GYSGT PRATT OR SSG WHITE POC TELEPHONE 785-239-2185/3740 RECEIVING HOURS ARE
MON-FRI 0730 - 1400 HRS

RECEIVED JUN 12 2001

| TOTAL PKGS. NO. | KIND | HM | DESCRIPTION OF ARTICLES (Use carrier's classification or tariff description if possible; otherwise use clear nontechnical description) | WEIGHT (Pounds only) | Services | Rate | Charges |
|---|---|---|---|---|---|---|---|
| | | | CLASSIFICATION ITEM NO N-190190(0) VEHICLES, MOTOR, AUTOMOBILES FREIGHT, NOI, INCLUDING TRACTORS (DRIVING TRUCKS FOR FREIGHT VEHICLES OR FIRE APPARATUS) | | | | |
| | | X | RELEASE VALUE: $20.000 MILEAGE: N/A | | | | |
| | | | TOTALS B/L: PCS: 3 CUBE: 1995 WT: | 13500 | | | |
| | | | This CBL consists of 2 page(s) and has no stop offs. | | | | |
| | | | SEE CONTINUATION PAGE(S) FOR ITEM DETAILS | | TOTAL CHARGES | | |

TARIFF/SPECIAL RATE AUTHORITY: TRIM00052100
PICKUP SERVICE FURNISHED ☐
VEHICLE FULLY LOADED ☐
SHIPPER'S INITIALS: RSH
ROUTE ORDER/RELEASE NUMBER

STOP THIS SHIPMENT AT / FOR:

FURNISH INFORMATION ON CAR/TRUCKLOAD/CONTAINER SHIPMENTS

| INITIALS & NO. | SEAL NUMBERS | LENGTH/CUBE ORDERED | LENGTH/CUBE FURNISHED | MARKED CAPACITY ORDERED | MARKED CAPACITY FURNISHED | DATE |
|---|---|---|---|---|---|---|
| TRIM/0 1833 / 0 1833 T | APPLIED BY: | AF3 / | AF3 / | | | 2001-06-07 |

CARRIER'S PICKUP DATE: 6-7-01
SIGNATURE OF AGENT: David Ward
PER: Trism
CARRIER WAY/FREIGHT BILL NO. AND DATE

| MODE | ESTIMATE | NO CLS/TLS | TYPE RATE | PSC | REASON | DELIVERED ON DATE | AT (Actual delivery point) |
|---|---|---|---|---|---|---|---|
| B | 2135.72 | 1 | 1 | | | | |

ISSUING OFFICER AND OFFICE (Issuing officer name, office and complete address):
WILLIE J. ROBINSON, TA FOR TO
TRAFFIC MANAGEMENT OFFICE
BLDG 213 WESTOVER ST SOUTH END
HOMESTEAD ARB, FL 33039-1299
GBLOC: CNFL

BY (Name of the delivering carrier)

DELIVERED THIS CONSIGNMENT COMPLETE & IN APPARENT GOOD ORDER EXCEPT AS MAY BE INDICATED SHORTAGE ☐ DAMAGED ☐

☐ CARRIER OS&D REPORT ATTACHED
☐ DELIVERY AT DESTINATION FURNISHED
☐ ACCESSORIAL SERVICES CERTIFICATION ATTACHED

NAME OF BILLING CARRIER

SIGNATURE OF AGENT

CONTRACT/PURCHASE ORDER NO. AND FOB POINT
5/3740 RECEIVING HOURS ARE
DATED

"THIS IS TO CERTIFY THAT HEREIN NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION." SUBJECT TO SECTION 7 OF THE CONDITIONS, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES

RECEIVED, SUBJECT TO THE CLASSIFICATION AND TARIFFS IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING, THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER EXCEPT AS NOTED (CONTENTS AND CONDITIONS OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVE WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF, SAID PROPERTY OVER ALL OR ANY PORTION OF THE SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY SAID PROPERTY, THAT EVERY SERVICE BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS. NOTE - WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUESTED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING:

$ PER FREIGHT CHARGES PREPAID ☐ COLLECT ☐ FREIGHT PREPAID UNLESS COLLECT BOX IS CHECKED

EXHIBIT "3"

# COMMERCIAL BILL OF LADING CONTINUATION SHEET

DATE ISSUED: 05-JUN-2001

B/L NO.: CNFL100223

CARRIER WAY/FREIGHT/BILL NO. AND DATE:

PAGE NO.: 2

ISSUING OFFICE: TRAFFIC MANAGEMENT OFFICE
BLDG 213 WESTOVER ST SOUTH END
HOMESTEAD ARB, FL 33039-1299

| PACKAGES NO | KIND | HM | DESCRIPTION OF ARTICLES (Use carrier's classification or tariff description if possible, otherwise use clear nontechnical description) | WEIGHT * (Pounds only) | FOR USE OF BILLING CARRIER ONLY: Services | Rate | Charges |
|---|---|---|---|---|---|---|---|
| 3 | VO | X | M214001121T012XXX N-190190(0) CUBE: 1995<br>VEHICLES, MOTOR,AUTOMOBILES:FREIGHT, NOI, INCLUDING TRACTORS (DRIVING TRUCKS FOR FREIGHT VEHICLES OR FIRE APPARATUS)<br>ENGINE,INTERNAL COMBUSTION,9,UN3166,9/ MISCELLANEOUS HAZARD MATERIAL, UN3166,<br>EMERGENCY CONTACT: 1-800-851-8061<br>SHIPPER TO LOAD AND CONSIGNEE TO UNLOAD.<br>RELEASED VALUE NOT EXCEEDING 20,000.(RELEASED VALUE AMOUNT OF SHIPMENT IN EACH VEHICLE AS FURNISHED IN ROUTE ORDER) PER VEHICLE.<br>THIS IS TO CERTIFY THAT THE HEREIN NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | 13500 | | | |
| | | | SHIPMENT TOTALS:<br>FREIGHT =<br>NET =<br>GROSS = | <br>13500<br>13500<br>13500 | | | |
| | | | COMMODITY SUMMARY:<br>Commodity Code and sub-element: 190190(0) — Freight Quantity: 13500 — Quantity Qualifier: LBS | | | | |
| | | | LINE ITEM INFORMATION: | | | | |
| 3 | VO | X | M214001121T012XXX N-190190(0) CUBE: 1995<br>VEHICLES, MOTOR,AUTOMOBILES:FREIGHT, NOI, INCLUDING TRACTORS (DRIVING TRUCKS FOR FREIGHT VEHICLES OR FIRE APPARATUS)<br>ENGINE,INTERNAL COMBUSTION,9,UN3166,9/ MISCELLANEOUS HAZARD MATERIAL, UN3166,<br>EMERGENCY CONTACT: 1-800-851-8061 | 13500 | | | |

Hoosier Tradewinds, Inc.

1980 E. 116th St.
Suite 317
Carmel, IN 46032

# Invoice

| Date | Invoice # |
|---|---|
| 6/26/2001 | 3585 |

8-13 later

7-30
LM

| Bill To |
|---|
| Trism Special Services, Inc.<br>P.O. Box 113<br>Joplin, MO 64802<br>1-800-811-5161 |

| P.O. Number | Terms | Project |
|---|---|---|
| 24795874 | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Ship date: 06-14-01<br>St. Paul, MN<br><br>Delivery date: 06-19-01<br>Altus, OK<br>Holloman AFB, NM | 2,350.00 | 2,350.00 |

Thank you for your business.

**Total** $2,350.00

EXHIBIT "4"

George

BROKERAGE RATE CONFIRMATION

CARRIER: HOOSIER TRADEWINDS COMP NMBR: 24795874 (Put on Invoice)
PAYMENT METHOD: 3rd PARTY (43475) CONTRACT RATE: SEE NOTES

BILL TO BROKER:
TRISM SPECIAL SERVICES, INC. KENNESAW: (800)811-5161
P.O. BOX 113 COLUMBUS: (877)888-6392
JOPLIN, MISSOURI 64802
ATTN: ACCOUNTS PAYABLE - BROKERAGE

SHIPPER:
STINAR CORP
3255 SIBLEY MEMORIAL HWY
ST PAUL
MN 55101
THOMAS CARLSON: (651)454-5112
EXT. 115.

CONSIGNEE:
HOLLOMAN AFB
260 DELAWARE AVE BLDG 311
260 DELEWARE AVE BLDG 311
HOLLOMAN AFB
NM 88330
SHAWN BRADSHAW/W 109T: (505)679-2311

| VIA PNTS | LOCATION NAME | STREET ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|---|
| 1) | ALTUS | 97 TRANS-LGTTS 509 E | ALTUS | OK | 73521 580-481-0922 |

PICK-UP WINDOW:
FROM DATE/TIME: 06/14/01 07:00
TO DATE/TIME: 06/14/01 14:30

DELIVERY WINDOW:
FROM DATE/TIME: 06/18/01 07:00
TO DATE/TIME: 06/20/01 14:00

BILL OF LADING: COMMODITY CODE: XGFX
TARIFF CODE AND ITEM #: TRIM 610 LTL Y/N:
CHAINS 0 BINDERS 0 TARPS 0 WENCHES 0 STRAPS 0 LDLOCKS 0

| PCS | COMMODITY | SERIAL NUMBER | WEIGHT | AS WGHT |
|---|---|---|---|---|
| 2 | TOW TRACTOR | | 17800 | 0 |

PRODUCT DIMENSIONS: 48'0"X8'0"X8'0" REQUIRED EQUIPMENT: F
OVERALL DIMENSIONS: TARPS: N

NOTES - NOTES - NOTES

** GOV'T LOAD - YOUR DRIVER MUST CALL TRISM BROKERAGE WITH THE GBL#!!!! **
LOAD # 1685
* CARRIER PAY INCLUSIVE OF FUEL SURCHARGES ***
HOOSIER TRADEWINDS TO BILL 2350.00 CRAIG 800.408.8771
BROKERED BY TODD WHEELER 800.811.5161 FAX 770.795.4605

SERVICE: This Rate Confirmation is made, and all transportation services provided by Carrier, shall constitute an Addendum to and part of that certain Brokerage Agreement, entered into by the parties. Upon signing this document, Carrier agrees not to back solicit any shipper or consignee of Broker.

GOVERNING LAW/JURISDICTION: This contract shall be governed by and construed under the laws of the State of Georgia. All disputes arising hereunder shall be heard by a court of competent jurisdiction in Cobb County, Georgia and the parties hereby consent and submit thereto.

DOCUMENTATION: Each load trasported under this contract shall be evidenced by a standard uniform straight bill of lading, which will be numbered and will be signed by the consignee as evidence of delivery, and such bill of lading must be submitted to Broker as a condition of payment of freight charges.

HOOSIER TRADEWINDS

BY Craig McCall
Authorized Representative

DATE: 6-14-01

EXHIBIT "5"

# COMMERCIAL BILL OF LADING

DATE Jun-13-2001 | ORIGINAL | B/L NO. > S2401A0001685

CARRIER: TRISM SPECIALIZED CARRIERS, IN
SCAC: TRIM
CARRIER ACCOUNT NO.

DESTINATION (Name, address and ZIP code)
49 SUPS LGSCDR
280 DELAWARE AVENUE
CML PH 573-5566
HOLLOMAN AFB, NM 73523-5110 US FE4801

SPLC (Dest.) 778144240

ORIGIN (Name, address and ZIP code)
STINAR CORPORATION
ATTN: THOMAS CARLSON
3255 SIBLEY MEMORIAL HIGHWAY
ST. PAUL, MN 55121 US 32526

SPLC (Orig.) 504450000

CONSIGNEE (Name, address and ZIP code of installation)
49 SUPS LGSCDR
280 DELAWARE AVENUE
CML PH 573-5566
HOLLOMAN AFB, NM 73523-5110 US FE4801 IOOI

SHIPPER (Name, address and ZIP code)
STINAR CORPORATION
ATTN: THOMAS CARLSON
3255 SIBLEY MEMORIAL HIGHWAY
ST. PAUL, MN 55121 US 32526

APPROPRIATION CHARGEABLE
F8D2130

VIA (Route shipment when advantageous to the Government)

BILL CHARGES TO (Dept/agency, bureau/office mailing address and ZIP code)
U.S. BANK - POWER TRACK
1010 SOUTH 7TH STREET
MINNEAPOLIS, MN 55415 US
PWRTRK

MARKS AND ANNOTATIONS
TP: 3 DD:2001-06-15 S023087391
SOC Stop Off
E023087600
RECEIVING HOURS 0730 - 1630
MONDAY THRU FRIDAY
TEL.#505/572-5566 OR 5567
M/F: 49 TRNS/LGTO

| TOTAL PKGS. NO. | KIND | HM | DESCRIPTION OF ARTICLES (Use carrier's classification or tariff description if possible; otherwise use a clear nontechnical description) | WEIGHT * (Pounds only) | Services | Rate | Charges |
|---|---|---|---|---|---|---|---|
| | | | CLASSIFICATION ITEM NO 995913 — THIS BL CONSISTS OF 3 PAGES<br>FAK (See MFTRP 1B for Cargo Liability)<br>Mileage 1278 | | | | |
| 2 | PC | | TOT QTY:17800 P CU:1802<br>SEE CONTINUATION SHEET FOR DETAILS | 17800.0 | TOTAL CHARGES | | |

TARIFF/SPECIAL RATE AUTHORITY: TRIM:000610-00
PICKUP SERVICE FURNISHED ☐ VEHICLE FULLY LOADED ☐ SHIPPERS INITIALS
ROUTE ORDER/RELEASE NUMBER

STOP THIS SHIPMENT AT
639850000
ALTUS AFB OK
FOR UNLOADING

FURNISH INFORMATION ON CAR/TRUCKLOAD/CONTAINER SHIPMENTS

| INITIALS & NO. | SEAL NUMBERS | LENGTH/CUBE ORDERED | LENGTH/CUBE FURNISHED | MARKED CAPACITY ORDERED | MARKED CAPACITY FURNISHED | DATE |
|---|---|---|---|---|---|---|
| TRIM:- | APPLIED BY: SH | AF3 | | | | |

CARRIER'S PICKUP DATE: 2001-06-14
SIGNATURE OF AGENT: [signature]
PER: TRIM
CARRIER WAY/FREIGHT BILL NO. AND DATE: -

| MODE | ESTIMATE | NO CLS/TLS | TYPE RATE | PSC | REASON |
|---|---|---|---|---|---|
| B | 2,476.58 | 1 | | | |

DELIVERED ON DATE: 6-~-01
AT (Actual delivery point): Same

ISSUING OFFICER AND OFFICE (Issuing officer name, office and complete address)
TIM TAYLOR, TRANSPORTATION OFFICER
DCM TWIN CITIES
3001 METRO DR., STE. 200
BLOOMINGTON, MN 55425-1573 US S2401A

GBLOC: GASK

BY (Name of the delivering carrier): Hoosier Trade Winds

DELIVERED THIS CONSIGNMENT COMPLETE & IN APPARENT GOOD ORDER EXCEPT AS MAY BE INDICATED SHORTAGE ☐ DAMAGED ☐

☐ CARRIER OS&D REPORT ATTACHED
☐ DELIVERY AT DESTINATION FURNISHED
☐ ACCESSORIAL SERVICES CERTIFICATION ATTACHED

NAME OF BILLING CARRIER: Hoosier 1593
SIGNATURE OF AGENT: [signature]

CONTRACT/PURCHASE ORDER NO. AND FOB POINT
F09603-99-C-0317/P006 ST. PAUL, MN
DATED

THIS IS TO CERTIFY THAT HERE-IN NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. SUBJECT TO SECTION 7 OF THE CONDITIONS, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

RECEIVED, SUBJECT TO THE TENDERS AND RULES IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING, THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITIONS OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVEWHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF, SAID PROPERTY OVER ALL OR ANY PORTION OF THE SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY SAID PROPERTY, THAT EVERY SERVICE BE PERFORMED HERE UNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERM AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS. NOTE - WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUESTED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING :
$____ PER ____ FREIGHT CHARGES PREPAID ☐ COLLECT ☐ FREIGHT PREPAID UNLESS COLLECT BOX IS CHECKED

EXHIBIT "6"

# COMMERCIAL BILL OF LADING CONTINUATION SHEET

ORIGINAL

B/L NO. > S2401A0001685

SHEET NO. 2 OF 3

(This form is to be used as a continuation sheet for SF 1105, US. Government Freight Waybill-Original, or SF 1205, U.S. Government Freight Waybill-Privately Owned Personal Property- Original.)

ISSUING OFFICE (Name and complete address)
DCM TWIN CITIES
3001 METRO DR., STE. 200
BLOOMINGTON, MN 55425-1573 US S2401A

| TRANSPORTATION COMPANY TENDERED TO | FROM (Shipping Point) | WAYBILL DATE | WAYBILL NUMBER |
|---|---|---|---|
| TRISM SPECIALIZED CARRIERS, IN | | | |

| PACKAGES NO | KIND | HM | DESCRIPTION OF ARTICLES (Use carrier's classification or tariff description if possible; otherwise use a clear nontechnical description) | WEIGHT * (Pounds only) | FOR USE OF BILLING CARRIER ONLY: SERVICES | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | STOP-OFF:1(UNLOADING)<br>97 SUPS LGS<br>717 SOUTH 1ST ST.<br>BLDG 395, CML PH 481-7552<br>ALTUS AFB, OK<br>SPLC: 639850000 | | | | |
| 1 | PC | | FAK (See MFTRP 1B for Cargo Liability)<br>TCN:S2401A04116402XXX CU:900.7<br>COMMODITY:999913<br>CONTRACT NUMBER:F09603-99-C-0317/P006<br>CONTRACT FOB NAMED:ST. PAUL, MN<br>FLIGHT LINE TOW TRACTOR<br>1 PC CU:900.7 193L96W84H 8900.0LB<br>VIN: 1FDSF34F41EC00807<br>STINAR #3948<br>RECEIVING HOURS 0730 - 1630 MONDAY THRU FRIDAY<br>TEL.#580/481-0922 | 8,900.0 | | | |
| 1 | PC | | STOP-OFF 1 TOTALS(UNLOADING) CU: 900<br>RECEIVED BY: Bloom<br>DATE: 18 Jun 01 | 8,900.0 | | | |

# COMMERCIAL BILL OF LADING CONTINUATION SHEET

ORIGINAL

B/L NO. > S2401A0001685

SHEET NO. 3 OF 3

(This form is to be used as a continuation sheet for SF 1105, US. Government Freight Waybill-Original, or SF 1205, U.S. Government Freight Waybill-Privately Owned Personal Property- Original.)

ISSUING OFFICE (Name and complete address)
DCM TWIN CITIES
3001 METRO DR., STE. 200
BLOOMINGTON, MN 55425-1573 US S2401A

| TRANSPORTATION COMPANY TENDERED TO | FROM (Shipping Point) | WAYBILL DATE | WAYBILL NUMBER |
|---|---|---|---|
| TRISM SPECIALIZED CARRIERS, IN | | | |

| PACKAGES NO | PACKAGES KIND | HM | DESCRIPTION OF ARTICLES (Use carrier's classification or tariff description if possible; otherwise use a clear nontechnical description) | WEIGHT * (Pounds only) | FOR USE OF BILLING CARRIER ONLY: SERVICES | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | FINAL DESTINATION | | | | |
| 1 | PC | | FAK (See MFTRP 1B for Cargo Liability)<br>TCN:S2401A04116401XXX CU:900.7<br>COMMODITY:999913<br>CONTRACT NUMBER:F09603-99-C-0317/P006<br>CONTRACT FOB NAMED:ST. PAUL, MN<br>FLIGHT LINE TOW TRACTOR<br>1 PC CU:900.7 193L96W84H 8900.0LB<br>VIN: 1FDSF34F91EC00043 STINAR #3965 | 8,900.0 | | | |
| 1 | PC | | FINAL DEST TOTALS (UNLOADING) CU:900.0<br>[signature] 19 June 01<br>EQUIPMENT DESCRIPTION CONT:<br>TRACTOR:<br>CONTRACT DATA<br>Contract Number F09603-99-C-0317/P006 Weight 17800.0 Cost 2,476.50<br>Total Weight 17,800.0 Total Cost 2,476.50<br>[signature] | 8,900.0 | | | |

Hoosier Tradewinds, Inc.

1980 E. 116th St.
Suite 317
Carmel, IN 46032

# Invoice

| Date | Invoice # |
|---|---|
| 6/19/2001 | 3490 |

8-13
later

7-20
2weeks
7-30
LM

| Bill To |
|---|
| Trism Special Services, Inc.<br>P.O. Box 113<br>Joplin, MO 64802<br>1-800-811-5161 |

| P.O. Number | Terms | Project |
|---|---|---|
| 24774028 | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Ship date: 06-12-01<br>Ft Hood, TX<br><br>Delivery date: 06-15-01<br>Wilmar, MN | 1,500.00 | 1,500.00 |

Thank you for your business.

**Total** $1,500.00

EXHIBIT "7"

Byron

BROKERAGE RATE CONFIRMATION

CARRIER: HOOSIER TRADEWINDS COMP NMBR: 24774028 (Put on Invoice)
PAYMENT METHOD: 3rd PARTY (43475) CONTRACT RATE: SEE NOTES

BILL TO BROKER:
TRISM SPECIAL SERVICES, INC.
P.O. BOX 113
JOPLIN, MISSOURI 64802
ATTN: ACCOUNTS PAYABLE - BROKERAGE

KENNESAW: (800)811-5161
COLUMBUS: (877)888-6392

SHIPPER:
SHOP FOREMAN ECS 64
PARK AVE WEST
BLDG 56765
FT HOOD
TX 76544
TC ELLINGTON: (254)826-6247
800-313-7452

CONSIGNEE:
CDR 825TH QUARTERMASTER
612 HWY 71 N
WILLMAR
MN 56201
MARK L: (320)233-0011

VIA

| PNTS | LOCATION NAME | STREET ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|---|

NONE

PICK-UP WINDOW:
FROM DATE/TIME: 06/12/01 07:00
TO DATE/TIME: 06/12/01 15:00

DELIVERY WINDOW:
FROM DATE/TIME: 06/14/01 07:00
TO DATE/TIME: 06/14/01 14:00

BILL OF LADING: COMMODITY CODE: XGFX
TARIFF CODE AND ITEM #: TRIM 610 LTL Y/N:
CHAINS 0 BINDERS 0 TARPS 0 WENCHES 0 STRAPS 0 LDLOCKS 0

| PCS | COMMODITY | SERIAL NUMBER | WEIGHT | AS WGHT |
|---|---|---|---|---|
| 1 | ISO CONTAINER | | 19760 | 0 |

PRODUCT DIMENSIONS: 48'0"X8'0"X8'0" REQUIRED EQUIPMENT: F
OVERALL DIMENSIONS: TARPS: N

NOTES - NOTES - NOTES

** GOV'T LOAD - YOUR DRIVER MUST CALL TRISM BROKERAGE WITH THE GBL#!!!! **
SHIPMENT ID# S021517612
PLEASE CALL AHEAD FOR DIRECTIONS.,LOAD IS N. FORT HOOD
* CARRIER PAY INCLUSIVE OF FUEL SURCHARGES ***
HOOSIER TRADEWINDS TO BILL 1500.00 CRAIG 800.408.8771
BROKERED BY TODD WHEELER 800.811.5161 FAX 770.795.4605

SERVICE: This Rate Confirmation is made, and all transportation services provided by Carrier, shall constitute an Addendum to and part of that certain Brokerage Agreement, entered into by the parties. Upon signing this document, Carrier agrees not to back solicit any shipper or consignee of Broker.

GOVERNING LAW/JURISDICTION: This contract shall be governed by and construed under the laws of the State of Georgia. All disputes arising hereunder shall be heard by a court of competent jurisdiction in Cobb County, Georgia and the parties hereby consent and submit thereto.

DOCUMENTATION: Each load trasported under this contract shall be evidenced by a standard uniform straight bill of lading, which will be numbered and will be signed by the consignee as evidence of delivery, and such bill of lading must be submitted to Broker as a condition of payment of freight charges.

HOOSIER TRADEWINDS

BY: [signature] DATE: 6-11-01
Authorized Representative

EXHIBIT "8"

**COMMERCIAL BILL OF LADING**

DATE: Jun-09-2001 | ORIGINAL | B/L NO. > W5CQRF0004100

CARRIER: TRISM SPECIALIZED CARRIERS, IN
SCAC: TRIM
CARRIER ACCOUNT NO.

DESTINATION (Name, address and ZIP code)
CDR 825TH QUARTERMASTER COMPANY
612 HIGHWAY 71 NORTH
WILLMAR, MN 56201-2196 US W57ENV
SPLC (Dest.) 505660000

ORIGIN (Name, address and ZIP code)
SHOP FORMAN ECS 64
BUILDING 56765 PARK AVE WEST
NORTH FORT HOOD, TX 76544 US N0FTH0
SPLC (Orig.) 683260250

CONSIGNEE (Name, address and ZIP code of installation)
CDR 825TH QUARTERMASTER COMPANY
612 HIGHWAY 71 NORTH
WILLMAR, MN 56201-2196 US W57ENV 1001

SHIPPER (Name, address and ZIP code)
SHOP FORMAN ECS 64
BUILDING 56765
NORTH FORT HOOD, TX 76544 US N0FTH0

APPROPRIATION CHARGEABLE
21 12080000002402441115R110022NL028013 5MKN25 04-059

VIA (Route shipment when advantageous to the Government)

BILL CHARGES TO (Dept/agency, bureau/office mailing address and ZIP code)
U.S. BANK - POWER TRACK
1010 SOUTH 7TH STREET
MINNEAPOLIS, MN 55415 US
PWRTRK

MARKS AND ANNOTATIONS
S021517613
FT HOOD TX POC MR ELINGTON 254-287-1572. WILLMAR MN POC
MARK LEYENDECKER 320-235-0021.
121) SHIPPER TO LOAD AND CONSIGNEE TO UNLOAD. DOES NOT
APPLY TO TOWAWAY SHIPMENTS.
TP: 3 DD:2001-06-18 S021517612
405 - Fuel Related Rate Adjustment $30.97

| TOTAL PKGS. NO. | KIND | HM | DESCRIPTION OF ARTICLES (Use carrier's classification or tariff description if possible; otherwise use a clear nontechnical description) | WEIGHT * (Pounds only) | FOR USE OF BILLING CARRIER ONLY: Services | Rate | Charges |
|---|---|---|---|---|---|---|---|
| | | | CLASSIFICATION ITEM NO 99991301 — THIS BL CONSISTS OF 1 PAGES | | Rec'd | | |
| 2 | PC | | TAK (See MFTRP 1B for Cargo Liability) TCN:W47ENV11640004XXX CU:2560.0 COMMODITY:999912 ISO CONTAINER 8145812878567 2 PC CU:2560.0 240L96W96H 19760.0LB | 19760.0 | | | |
| | | | Mileage 1386 | | | | |
| 2 | PC | | TOT QTY:19760 P CU:2560 | 19760.0 | TOTAL CHARGES | | |

TARIFF/SPECIAL RATE AUTHORITY: TRIM:000610-00
PICKUP SERVICE FURNISHED [X]
VEHICLE FULLY LOADED [X]
SHIPPERS INITIALS: RKS
ROUTE ORDER/RELEASE NUMBER

STOP THIS SHIPMENT AT
FOR

FURNISH INFORMATION ON CAR/TRUCKLOAD/CONTAINER SHIPMENTS

| INITIALS & NO. | SEAL NUMBERS | LENGTH/CUBE ORDERED | LENGTH/CUBE FURNISHED | MARKED CAPACITY ORDERED | MARKED CAPACITY FURNISHED | DATE |
|---|---|---|---|---|---|---|
| TRIM:X 0215/02187 | APPLIED BY: SH | AF3 | | | | |

CARRIER'S PICKUP DATE: 2001-06-12
SIGNATURE OF AGENT: X Byron Murphy
PER
CARRIER WAY/FREIGHT BILL NO. AND DATE: X

| MODE | ESTIMATE | NO CLS/TLS | TYPE RATE | FBC | REASON | DELIVERED ON DATE | AT (Actual delivery point) |
|---|---|---|---|---|---|---|---|
| 3 | 1,579.33 | 1 | | | 92 541.50 | | |

ISSUING OFFICER AND OFFICE (issuing officer name, office and complete address)
TA FOR GREGORY A. FOSS TRANSPORTATION OFFICER
TRANSPORTATION OFFICE
2123 SOUTH 5TH AVENUE
FORT MCCOY, WI 54656-5131 US W5CQRF

GBLOC: GEAS

BY (Name of the delivering carrier)

DELIVERED THIS CONSIGNMENT COMPLETE & IN APPARENT GOOD ORDER EXCEPT AS MAY BE INDICATED SHORTAGE [ ] DAMAGED [ ]

[ ] CARRIER OS&D REPORT ATTACHED
[ ] DELIVERY AT DESTINATION FURNISHED
[ ] ACCESSORIAL SERVICES CERTIFICATION ATTACHED

NAME OF BILLING CARRIER

SIGNATURE OF AGENT

CONTRACT/PURCHASE ORDER NO. AND FOB POINT
DATED

THIS IS TO CERTIFY THAT HERE-IN NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. SUBJECT TO SECTION 7 OF THE CONDITIONS, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

RECEIVED, SUBJECT TO THE TENDERS AND RULES IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING, THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITIONS OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVEWHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF , SAID PROPERTY OVER ALL OR ANY PORTION OF THE SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY SAID PROPERTY, THAT EVERY SERVICE BE PERFORMED HERE UNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERM AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS. NOTE - WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUESTED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING :
$________ PER________ FREIGHT CHARGES PREPAID [ ] COLLECT [ ] FREIGHT PREPAID UNLESS COLLECT BOX IS CHECKED

EXHIBIT "9"

Hoosier Tradewinds, Inc.

1980 E. 116th St.
Suite 317
Carmel, IN 46032

# Invoice

| Date | Invoice # |
|---|---|
| 7/11/2001 | 3818 |

| Bill To |
|---|
| Trism Special Services, Inc.<br>P.O. Box 113<br>Joplin, MO 64802<br>1-800-811-5161 |

| P.O. Number | Terms | Project |
|---|---|---|
| 24860652 | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Ship date: 07-02-01<br>McGuire AFB, NJ<br><br>Delivery date: 07-05-01<br>Minneapolis, MN | 1,889.20 | 1,889.20 |

Thank you for your business.

**Total** $1,889.20

EXHIBIT "10"

Jeff

BROKERAGE RATE CONFIRMATION

CARRIER: HOOSIER TRADEWINDS
PAYMENT METHOD: 3rd PARTY (43475)

COMP NMBR: 24860652 (Put on Invoice)
CONTRACT RATE: SEE NOTES

BILL TO BROKER:
TRISM SPECIAL SERVICES, INC.
P.O. BOX 113
JOPLIN, MISSOURI 64802
ATTN: ACCOUNTS PAYABLE - BROKERAGE

KENNESAW: (800)811-5161
COLUMBUS: (877)888-6392

SHIPPER:
MCGUIRE AFB
438 AERIAL APS/SQ/TRF
BLDG #3101 LOADING
MCGUIRE AFB
NJ 08641
JOHN MARINO: (609)754-5443

CONSIGNEE:
MINNEAPOLIS ST PAUL AIRPORT
AIRPORT
3050 E 72ND ST
MINNEAPOLIS
MN 55401
MUST GET # FROM SHIPP

| VIA PNTS | LOCATION NAME | STREET ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|---|
| NONE | | | | | |

PICK-UP WINDOW:
FROM DATE/TIME: 07/02/01 08:00
TO DATE/TIME: 07/02/01 14:00

DELIVERY WINDOW:
FROM DATE/TIME: 07/05/01 08:00
TO DATE/TIME: 07/05/01 11:00

BILL OF LADING:
TARIFF CODE AND ITEM #: TRIM 610
CHAINS 0 BINDERS 0 TARPS 0 WENCHES 0 STRAPS 0 LDLOCKS 0

COMMODITY CODE: OGFX
LTL Y/N:

| PCS | COMMODITY | SERIAL NUMBER | WEIGHT | AS WGHT |
|---|---|---|---|---|
| 3 | K LOADER/PARTS | 82E143 | 20600 | 40000 |

PRODUCT DIMENSIONS: 48'0"X8'9"X8'0"
OVERALL DIMENSIONS:

REQUIRED EQUIPMENT: FS
TARPS: N

------------------------- NOTES - NOTES - NOTES -------------------------

** GOV'T LOAD - YOUR DRIVER MUST CALL TRISM BROKERAGE WITH THE GBL#!!!! **
MUST DELIVER 7/5/01
***RATE INCLUSIVE OF ALL FUEL-PERMIT SURCHARGES***
HOOSIER TRADEWINDS TO BILL $1889.20 KELLY 800-408-8771
BROKERED BY TOM 800-999-4285/ FAX856-686-9922

SERVICE: This Rate Confirmation is made, and all transportation services provided by Carrier, shall constitute an Addendum to and part of that certain Brokerage Agreement, entered into by the parties. Upon signing this document, Carrier agrees not to back solicit any shipper or consignee of Broker.

GOVERNING LAW/JURISDICTION: This contract shall be governed by and construed under the laws of the State of Georgia. All disputes arising hereunder shall be heard by a court of competent jurisdiction in Cobb County, Georgia and the parties hereby consent and submit thereto.

DOCUMENTATION: Each load trasported under this contract shall be evidenced by a standard uniform straight bill of lading, which will be numbered and will be signed by the consignee as evidence of delivery, and such bill of lading must be submitted to Broker as a condition of payment of freight charges.

HOOSIER TRADEWINDS

BY: Kelley Conroy DATE: 7-2-01
Authorized Representative

EXHIBIT "11"

# COMMERCIAL BILL OF LADING

DATE ISSUED: 02-JUL-2001

B/L NO. AQFL103175

CARRIER: TRISM SPECIALIZED CARRIERS

SCAC: TRIM

CARRIER ACCOUNT NO.

DESTINATION (Name, address, and ZIP code)
KEVIN INGLESON
3050 E 72ND ST-MINNEAPOLIS IAP SIDE
MINNEAPOLIS, MN 55450-5000

SPLC (Dest.): 504600000

ORIGIN (Name, address and ZIP code)
FB4484 305 APS/TRTC
3101 VANDENBERG AVENUE (FB4484)
MCGUIRE AFB, NJ 08641-5270

SPLC (Orig.): 197234240

CONSIGNEE (Name, address and ZIP code of installation)
KEVIN INGLESON 612-725-6389
3050 E 72ND ST-MINNEAPOLIS IAP SIDE
MINNEAPOLIS, MN 55450-5000

GBLOC (Cons.): IOOI

SHIPPER (Name, address and ZIP code)
FB4484 305 APS/TRTC
3101 VANDENBERG AVENUE (FB4484)
MCGUIRE AFB, NJ 08641-5270

APPROPRIATION CHARGEABLE ADVICE NO: S0149120
O/A: 97X4930.FD406816542101000211312462004112 2F525700

BILL CHARGES TO (Dept/agency, bureau/office mailing address and ZIP code)
USBANK
1010 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55415

AGENCY LOC CODE: USBANK

VIA (Route shipment when advantageous to the Government)

MARKS AND ANNOTATIONS RDD = 2001-07-05

| TOTAL PKGS. NO | KIND | HM | DESCRIPTION OF ARTICLES (Use carrier's classification or tariff description if possible; otherwise use clear nontechnical description) | WEIGHT* (Pounds only) | Services | Rate | Charges |
|---|---|---|---|---|---|---|---|
| | | | CLASSIFICATION ITEM NO D-999913(0) FAK, RVNE $2.50 PER LB | | | | |
| | | | RELEASE VALUE: $2.5 MILEAGE: N/A<br>TOTALS B/L: PCS: 3 CUBE: 1682 WT:<br>This CBL consists of 2 page(s) and has no stop offs. | 20600 | | | |
| | | | SEE CONTINUATION PAGE(S) FOR ITEM DETAILS | | TOTAL CHARGES | | |

TARIFF/SPECIAL RATE AUTHORITY: TRIM00061000

PICKUP SERVICE FURNISHED ☐
VEHICLE FULLY LOADED ☐

SHIPPER'S INITIALS: JON

ROUTE ORDER/RELEASE NUMBER

STOP THIS SHIPMENT AT
FOR:

FURNISH INFORMATION ON CAR/TRUCKLOAD/CONTAINER SHIPMENTS

| INITIALS & NO. | SEAL NUMBERS | LENGTH/CUBE ORDERED | LENGTH/CUBE FURNISHED | MARKED CAPACITY ORDERED | MARKED CAPACITY FURNISHED | DATE |
|---|---|---|---|---|---|---|
| TRIM/0<br>TRIM/0<br>0 | APPLIED BY: | AF3 / | AF3 / | | | |

CARRIER'S PICKUP DATE: 2 Jul 01

SIGNATURE OF AGENT: [signature] Hoosier Tradewinds

PER

CARRIER WAY/FREIGHT BILL NO. AND DATE: 24860652

| MODE | ESTIMATE | NO CLS/TLS | TYPE RATE | PSC | REASON |
|---|---|---|---|---|---|
| B | 2355.64 | 1 | 1 | | |

DELIVERED ON DATE: 7-5-01

AT (Actual delivery point): Minn MN

ISSUING OFFICER AND OFFICE (Issuing officer name, office and complete address)
GREGORY WRIGHT, TA FOR TMO
FB4484 305 APS/TRT
1706 VANDENBERG AVE
MCGUIRE AFB, NJ 08641-5270
[signature]

GBLOC: AQFL

BY (Name of the delivering carrier): Hoosier Tradewinds Inc

DELIVERED THIS CONSIGNMENT COMPLETE & IN APPARENT GOOD ORDER EXCEPT AS MAY BE INDICATED SHORTAGE ☐ DAMAGED ☐

☐ CARRIER OS&D REPORT ATTACHED
☐ DELIVERY AT DESTINATION FURNISHED
☐ ACCESSORIAL SERVICES CERTIFICATION ATTACHED

NAME OF BILLING CARRIER

SIGNATURE OF AGENT

CONTRACT/PURCHASE ORDER NO. AND FOB POINT

DATED

[signature] Medbery Elliott 5 July 01

*THIS IS TO CERTIFY THAT HEREIN NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.* SUBJECT TO SECTION 7 OF THE CONDITIONS, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES

[RECE]IVED, SUBJECT TO THE CLASSIFICATION AND TARIFFS IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING, THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD [OR]DER, EXCEPT AS NOTED (CONTENTS AND CONDITIONS OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVE WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION. IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF, SAID PROPERTY OVER ALL OR ANY PORTION OF THE SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY SAID PROPERTY, THAT EVERY SERVICE BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.
NOTE - WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUESTED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING:
$ PER FREIGHT CHARGES · PREPAID ☐ COLLECT ☐ FREIGHT PREPAID UNLESS COLLECT BOX IS CHECKED

EXHIBIT "12"

# COMMERCIAL BILL OF LADING CONTINUATION SHEET

DATE ISSUED 02-JUL-2001

B/L NO. AQFL103175

CARRIER WAY/FREIGHT BILL NO. AND DATE 24860652

PAGE NO. 2

ISSUING OFFICE FB4484 305 APS/TRT
1706 VANDENBURG AVE
MCGUIRE AFB, NJ 08641-5270

| PACKAGES NO | KIND | HM | DESCRIPTION OF ARTICLES (Use carrier's classification or tariff description if possible; otherwise use clear nontechnical description) | WEIGHT * (Pounds only) | Services | Rate | Charges |
|---|---|---|---|---|---|---|---|
| | | | SHIPPER TO LOAD AND CONSIGNEE TO UNLOAD.<br>REQUIRED DELIVERY DATE 3 WORKING DAYS AFTER CONSIGNED TO CARRIER'S AGENT. | | | | |
| | | | SHIPMENT TOTALS:<br>FREIGHT =<br>NET =<br>GROSS = | <br>20600<br>20600<br>20600 | | | |
| | | | COMMODITY SUMMARY:<br>Commodity Code and sub-element: 999913(0)<br>Freight Quantity: 20600<br>Quantity Qualifier: LBS | | | | |
| | | | LINE ITEM INFORMATION: | | | | |
| 3 | PC | | FB44841180X008XXX D-999913(0) CUBE: 1682<br>FAK, RVNE $2.50 PER LB | 20600 | | | |

Hoosier Tradewinds, Inc.

1980 E. 116th St.
Suite 317
Carmel, IN 46032

# Invoice

| Date | Invoice # |
|---|---|
| 8/21/2001 | 4546 |

| Bill To |
|---|
| Trism Special Services, Inc.<br>P.O. Box 113<br>Joplin, MO 64802<br>1-800-811-5161 |

| P.O. Number | Terms | Project |
|---|---|---|
| 24992448 | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Ship date: 08-13-01<br>Frederick, MD<br><br>Delivery date: 08-18-01<br>Herlong, CA | 3,631.00 | 3,631.00 |

Thank you for your business.

**Total** $3,631.00

EXHIBIT "13"

Buddy

BROKERAGE RATE CONFIRMATION

CARRIER: HOOSIER TRADEWINDS — COMP NMBR: 24992448 (Put on Invoice)
PAYMENT METHOD: COLLECT (43475) — CONTRACT RATE: SEE NOTES

BILL TO BROKER:
TRISM SPECIAL SERVICES, INC.
P.O. BOX 113
JOPLIN, MISSOURI 64802
ATTN: ACCOUNTS PAYABLE - BROKERAGE

KENNESAW: (800)811-5161
COLUMBUS: (877)888-6392

SHIPPER:
FREDRICK MANUFACTURING
20 SOUTH WEISNER STREET
20 SOUTH WEISNER
FREDERICK
MD 21701
NANCY: (301)619-2523

CONSIGNEE:
SIERRA ARMY DEPOT
74 C ST BLDG 304
74 C ST BLDG 304
HERLONG
CA 96113
TRANSPORTATION OFFICE: (530)827-4110

| VIA PNTS | LOCATION NAME | STREET ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|---|
| NONE | | | | | |

PICK-UP WINDOW:
FROM DATE/TIME: 08/13/01 08:00
TO DATE/TIME: 08/13/01 08:00

DELIVERY WINDOW:
FROM DATE/TIME: 08/17/01 08:00
TO DATE/TIME: 08/20/01 08:00

BILL OF LADING: — COMMODITY CODE: XGFX
TARIFF CODE AND ITEM #: TRIM 610 — LTL Y/N:
CHAINS 0 BINDERS 0 TARPS 0 WENCHES 0 STRAPS 0 LDLOCKS 0

| PCS | COMMODITY | SERIAL NUMBER | WEIGHT | AS WGHT |
|---|---|---|---|---|
| | MILITARY CONTAINERS | | | 0 |

PRODUCT DIMENSIONS: 48'0"X8'0"X8'0" REQUIRED EQUIPMENT: F
OVERALL DIMENSIONS: TARPS: N

------------------------- NOTES - NOTES - NOTES -------------------------

** GOV'T LOAD - YOUR DRIVER MUST CALL TRISM BROKERAGE WITH THE GBL#!!!! **
LOAD COMING BACK FROM MD...
THERE WILL BE A NEW GBL ISSUED WHEN WE DELIVER LOAD TO
HERLONG...(SEE DAN AND FANE)
* CARRIER PAY INCLUSIVE OF FUEL SURCHARGES ***
HOOSIER TRADEWINDS TO BILL 3631.00 CRAIG 800.408.8771
BROKERED BY TODD WHEELER 800.811.5161 FAX 770.795.4605

SERVICE: This Rate Confirmation is made, and all transportation services provided by Carrier, shall constitute an Addendum to and part of that certain Brokerage Agreement, entered into by the parties. Upon signing this document, Carrier agrees not to back solicit any shipper or consignee of broker.

GOVERNING LAW/JURISDICTION: This contract shall be governed by and construed under the laws of the State of Georgia. All disputes arising hereunder shall be heard by a court of competent jurisdiction in Cobb County, Georgia and the parties hereby consent and submit thereto.

DOCUMENTATION: Each load trasported under this contract shall be evidenced by a standard uniform straight bill of lading, which will be numbered and will be signed by the consignee as evidence of delivery, and such bill of lading must be submitted to Broker as a condition of payment of freight charges.

HOOSIER TRADEWINDS

BY: Kelley Conway DATE: 8-23-01

EXHIBIT "14"

# BROKERAGE RATE CONFIRMATION

CARRIER: HOOSIER TRADEWINDS
PAYMENT METHOD: COLLECT (43475)

COMP NMBR: 24972689 (Put on Invoice)
CONTRACT RATE: $2379.00

BILL TO BROKER:
TRISM SPECIAL SERVICES, INC.
P.O. BOX 113
JOPLIN, MISSOURI 64802
ATTN: ACCOUNTS PAYABLE - BROKERAGE

KENNESAW: (800)811-5161
COLUMBUS: (877)888-6392

SHIPPER:
SIERRA ARMY DEPOT
74 C ST BLDG 304
74 C ST BLDG 304
HERLONG
CA 96113
TRANSPORTATION OFFICE: (530)827-4110

CONSIGNEE:
FREDRICK MANUFACTURING
20 SOUTH WEISNER STREET
20 SOUTH WEISNER
FREDERICK
MD 21701
NACY PHIFFER: (301)619-2523

| VIA PNTS | LOCATION NAME | STREET ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|---|
| NONE | | | | | |

PICK-UP WINDOW:
FROM DATE/TIME: 08/08/01 08:00
TO DATE/TIME: 08/08/01 08:00

DELIVERY WINDOW:
FROM DATE/TIME: 08/14/01 08:00
TO DATE/TIME: 08/14/01 08:00

BILL OF LADING: W62G2X0000776
TARIFF CODE AND ITEM #: TRIM 610
COMMODITY CODE: XGFX
LTL Y/N:

CHAINS 0 BINDERS 0 TARPS 0 WENCHES 0 STRAPS 0 LDLOCKS 0

| PCS | COMMODITY | SERIAL NUMBER | WEIGHT | AS WGHT |
|---|---|---|---|---|
| | MILITARY CONTAINERS | | | 0 |

PRODUCT DIMENSIONS: 48'0"X8'0"X8'0" REQUIRED EQUIPMENT: F
OVERALL DIMENSIONS: TARPS: N

NOTES - NOTES - NOTES

** GOV'T LOAD - YOUR DRIVER MUST CALL TRISM BROKERAGE WITH THE GBL#!!!! **
MUST BE A FLATBED..THESE ARE CONTAINERS
MUST CALL ANDREA W GBL # 800.964.4265
* CARRIER PAY INCLUSIVE OF FUEL SURCHARGES ***
HOOSIER TRADEWINDS TO BILL 2579.00 CRAIG 800.408.8771
BROKERED BY TODD WHEELER 800.811.5161 FAX 770.795.4605

200 00 detention
Inv. #4430

SERVICE: This Rate Confirmation is made, and all transportation services provided by Carrier, shall constitute an Addendum to and part of that certain Brokerage Agreement, entered into by the parties. Upon signing this document, Carrier agrees not to back solicit any shipper or consignee of Broker.

GOVERNING LAW/JURISDICTION: This contract shall be governed by and construed under the laws of the State of Georgia. All disputes arising hereunder shall be heard by a court of competent jurisdiction in Cobb County, Georgia and the parties hereby consent and submit thereto.

DOCUMENTATION: Each load trasported under this contract shall be evidenced by a standard uniform straight bill of lading which will be numbered and will be signed by the consignee as evidence of delivery, and such bill of lading must be submitted to Broker as a condition of payment of freight charges.

HOOSIER TRADEWINDS

BY: Kelley Conroy
Authorized Representative

DATE: 8-13-01

# COMMERCIAL BILL OF LADING

DATE Aug-08-2001 | ORIGINAL | B/L NO. > W62G2X0000776

CARRIER: TRISM SPECIALIZED CARRIERS, IN | SCAC: TRIM | CARRIER ACCOUNT NO.

DESTINATION (Name, address and ZIP code)
XU SFA INC
FREDERICK MFG DIV
20 SOUTH WISNER STREET
FREDERICK, MD 21701-1000 US CB0N5L

SPLC (Dest.) 233320000

ORIGIN (Name, address and ZIP code)
TRANSPORTATION OFFICER
SIERRA ARMY DEPOT
ATTN: SMASI-MOMD
HERLONG, CA 96113-5210 US W62G2X

SPLC (Orig.) 871155250

CONSIGNEE (Name, address and ZIP code of installation)
XU SFA INC
FREDERICK MFG DIV
20 SOUTH WISNER STREET
FREDERICK, MD 21701-1000 US CB0N5L IOOI

SHIPPER (Name, address and ZIP code)
TRANSPORTATION OFFICER
SIERRA ARMY DEPOT
ATTN: SMASI-MOMD
HERLONG, CA 96113-5210 US W62G2X

APPROPRIATION CHARGEABLE
97 X 4930.AAPX 0 65 0 0000 0000 0000 22NL 004170 JOPCN: 7A2242

BILL CHARGES TO (Dept/agency, bureau/office mailing address and ZIP code)
U.S. BANK - POWER TRACK
1010 SOUTH 7TH STREET
MINNEAPOLIS, MN 55415 US
FWRTRK

VIA (Route shipment when advantageous to the Government)

MARKS AND ANNOTATIONS
E025995251 TP: 3 DD:2001-08-14 S025995159
103) FOR IN-TRANSIT EMERGENCIES INVOLVING DOD GENERAL HAZARDOUS MATERIAL SHIPMENTS (EXCLUDING EXPLOSIVES) CONTACT DEFENSE LOGISTICS AGENCY HOTLINE 1-800-851-8061. FOR EXPLOSIVE SHIPMENTS CONTACT THE ARMY OPERATIONS CENTER, COLLECT (703) 697-0218/0219. ASK FOR THE "WATCH OFFICER". FOR DSC SAFEHAVEN CALL (800) 524-0331. FOR RADIOACTIVE MATERIAL ONLY: CALL (800) 424-8802.
111) SHIPPER TO LOAD AND CONSIGNEE TO UNLOAD. DOES NOT SEE DESCRIPTION OF ARTICLES

| TOTAL PKGS. NO. | KIND | HM | DESCRIPTION OF ARTICLES (Use carrier's classification or tariff description if possible; otherwise use a clear nontechnical description) | WEIGHT * (Pounds only) | FOR USE OF BILLING CARRIER ONLY: Services | Rate | Charges |
|---|---|---|---|---|---|---|---|
| | | | CLASSIFICATION ITEM NO 999913 — THIS BL CONSISTS OF 3 PAGES<br>FAK (See MFTRP 1B for Cargo Liability)<br>IN CASE OF EMERGENCY CALL FOR EXPLOSIVES:703-697-0218/0219 FOR OTHER HAZMAT: 800-851-8061<br>Mileage 2593 | Truck Arrived 11:00 AM Departed 3:00 PM | Refused Delivery Per SFA FMD [signature] | | |
| 6 | CO | | TOT QTY:36120 P CU:1884<br>SEE CONTINUATION SHEET FOR DETAILS | 36120.0 | TOTAL CHARGES | | |

8/20/01

TARIFF/SPECIAL RATE AUTHORITY: TRIM:000610-00 | PICKUP SERVICE FURNISHED [X] | VEHICLE FULLY LOADED [ ] | SHIPPERS INITIALS: BF | ROUTE ORDER/RELEASE NUMBER

STOP THIS SHIPMENT AT / FOR

FURNISH INFORMATION ON CAR/TRUCKLOAD/CONTAINER SHIPMENTS

| INITIALS & NO. | SEAL NUMBERS | LENGTH/CUBE ORDERED | LENGTH/CUBE FURNISHED | MARKED CAPACITY ORDERED | MARKED CAPACITY FURNISHED | DATE |
|---|---|---|---|---|---|---|
| TRIM:5148T | APPLIED BY: SH | AF3 | AF3 | | | 2001-08-08 |

CARRIER'S PICKUP DATE: 2001-08-08 | SIGNATURE OF AGENT: TRISM SPEC CARRIERS [signature] | PER: TRIM | CARRIER WAY/FREIGHT BILL NO. AND DATE

| MODE | ESTIMATE | NO CLS/TLS | TYPE RATE | PSC | REASON | DELIVERED ON DATE | AT (Actual delivery point) |
|---|---|---|---|---|---|---|---|
| B | 2,512.62 | 1 | | | 02 482.56 | | |

ISSUING OFFICER AND OFFICE (Issuing officer name, office and complete address)
DONNIE L. HAMILTON CIV, TRANSPORTATION OFC
TRANSPORTATION OFFICER
SIERRA ARMY DEPOT
ATTN: SMASI-MOMD
HERLONG, CA 96113-5210 US W62G2X

GBLOC: LDAO

BY (Name of the delivering carrier)

DELIVERED THIS CONSIGNMENT COMPLETE & IN APPARENT GOOD ORDER EXCEPT AS MAY BE INDICATED SHORTAGE [ ] DAMAGED [ ]
[ ] CARRIER OS&D REPORT ATTACHED
[ ] DELIVERY AT DESTINATION FURNISHED
[ ] ACCESSORIAL SERVICES CERTIFICATION ATTACHED

NAME OF BILLING CARRIER

SIGNATURE OF AGENT

CONTRACT/PURCHASE ORDER NO. AND FOB POINT | DATED

THIS IS TO CERTIFY THAT HERE-IN NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. SUBJECT TO SECTION 7 OF THE CONDITIONS, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

RECEIVED, SUBJECT TO THE TENDERS AND RULES IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING, THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITIONS OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVEWHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF, SAID PROPERTY OVER ALL OR ANY PORTION OF THE SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY SAID PROPERTY, THAT EVERY SERVICE BE PERFORMED HERE UNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERM AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS. NOTE - WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUESTED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING :
$________ PER________ FREIGHT CHARGES PREPAID [ ] COLLECT [ ] FREIGHT PREPAID UNLESS COLLECT BOX IS CHECKED

EXHIBIT "15"

Hoosier Tradewinds, Inc.

1980 E. 116th St.
Suite 317
Carmel, IN 46032

# Invoice

| Date | Invoice # |
|---|---|
| 8/14/2001 | 4430 |

| Bill To |
|---|
| Trism Special Services, Inc.<br>P.O. Box 113<br>Joplin, MO 64802<br>1-800-811-5161 |

| P.O. Number | Terms | Project |
|---|---|---|
| 24972689 | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Ship date: 08-08-01<br>Herlong, CA<br><br>Delivery date: 08-13-01<br>Frederick, MD | 2,579.00 | 2,579.00 |

Thank you for your business.

**Total** $2,579.00

EXHIBIT "16"

# BROKERAGE RATE CONFIRMATION

CARRIER: HOOSIER TRADEWINDS
PAYMENT METHOD: COLLECT (43475)

COMP NMBR: 24972689 (Put on Invoice)
CONTRACT RATE: $2379.00

BILL TO BROKER:
TRISM SPECIAL SERVICES, INC.
P.O. BOX 113
JOPLIN, MISSOURI 64802
ATTN: ACCOUNTS PAYABLE - BROKERAGE

KENNESAW: (800)811-5161
COLUMBUS: (877)888-6392

SHIPPER:
SIERRA ARMY DEPOT
74 C ST BLDG 304
74 C ST BLDG 304
HERLONG
CA 96113
TRANSPORTATION OFFICE: (530)827-4110

CONSIGNEE:
FREDRICK MANUFACTURING
20 SOUTH WEISNER STREET
20 SOUTH WEISNER
FREDERICK
MD 21701
NACY PHIFFER: (301)619-2523

| VIA PNTS | LOCATION NAME | STREET ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|---|
| NONE | | | | | |

PICK-UP WINDOW:
FROM DATE/TIME: 08/08/01 06:00
TO DATE/TIME: 08/08/01 08:00

DELIVERY WINDOW:
FROM DATE/TIME: 08/14/01 08:00
TO DATE/TIME: 08/14/01 08:00

BILL OF LADING: W62G2X0000776
TARIFF CODE AND ITEM #: TRIM 610
COMMODITY CODE: XGFX
LTL Y/N:

CHAINS 0 BINDERS 0 TARPS 0 WENCHES 0 STRAPS 0 LDLOCKS 0

| PCS | COMMODITY | SERIAL NUMBER | WEIGHT | AS WGHT |
|---|---|---|---|---|
| | MILITARY CONTAINERS | | | 0 |

PRODUCT DIMENSIONS: 48'0"X8'0"X8'0" REQUIRED EQUIPMENT: F
OVERALL DIMENSIONS: TARPS: N

---------------------------- NOTES - NOTES - NOTES ----------------------------

** GOV'T LOAD - YOUR DRIVER MUST CALL TRISM BROKERAGE WITH THE GBL#!!!! **
MUST BE A FLATBED..THESE ARE CONTAINERS
MUST CALL ANDREA W GBL # 800.964.4285
* CARRIER PAY INCLUSIVE OF FUEL SURCHARGES ***
HOOSIER TRADEWINDS TO BILL 2579.00 CRAIG 800.408.8771
BROKERED BY TODD WHEELER 800.811.5161 FAX 770.795.4605

SERVICE: This Rate Confirmation is made, and all transportation services provided by Carrier, shall constitute an Addendum to and part of that certain Brokerage Agreement, entered into by the parties. Upon signing this document, Carrier agrees not to back solicit any shipper or consignee of Broker.

GOVERNING LAW/JURISDICTION: This contract shall be governed by and construed under the laws of the state of Georgia. All disputes arising hereunder shall be heard by a court of competent jurisdiction in Cobb County, Georgia and the parties hereby consent and submit thereto.

DOCUMENTATION: Each load trasported under this contract shall be evidenced by a standard uniform straight bill of lading, which will be numbered and will be signed by the consignee as evidence of delivery, and such bill of lading must be submitted to Broker as a condition of payment of freight charges.

HOOSIER TRADEWINDS

BY: Kelley Conroy
Authorized Representative

DATE: 8-13-01

EXHIBIT "17"

# COMMERCIAL BILL OF LADING

DATE Aug-08-2001 | ORIGINAL | B/L NO. > W62G2X0000776

CARRIER: TRISM SPECIALIZED CARRIERS, IN | SCAC: TRIM | CARRIER ACCOUNT NO.

DESTINATION (Name, address and ZIP code)
XU SFA INC
FREDERICK MFG DIV
20 SOUTH WISNER STREET
FREDERICK, MD 21701-1000 US CB0N5L
SPLC (Dest.) 233320000

ORIGIN (Name, address and ZIP code)
TRANSPORTATION OFFICER
SIERRA ARMY DEPOT
ATTN: SMASI-MOMD
HERLONG, CA 96113-5210 US W62G2X
SPLC (Orig.) 871155250

CONSIGNEE (Name, address and ZIP code of installation)
XU SFA INC
FREDERICK MFG DIV.
20 SOUTH WISNER STREET
FREDERICK, MD 21701-1000 US CB0N5L IOOI

SHIPPER (Name, address and ZIP code)
TRANSPORTATION OFFICER
SIERRA ARMY DEPOT
ATTN: SMASI-MOMD
HERLONG, CA 96113-5210 US W62G2X

APPROPRIATION CHARGEABLE
97 X 4930.AAPX 0 65 0 0800 0000 0000 22NL 004170 JOPCN: 7A2242

VIA (Route shipment when advantageous to the Government)

BILL CHARGES TO (Dept/agency, bureau/office mailing address and ZIP code)
U.S. BANK - POWER TRACK
1010 SOUTH 7TH STREET
MINNEAPOLIS, MN 55415 US
PWRTRK

MARKS AND ANNOTATIONS
E025995251
TP: 3 DD:2001-08-14 S025995159
103) FOR IN-TRANSIT EMERGENCIES INVOLVING DOD GENERAL HAZARDOUS MATERIAL SHIPMENTS (EXCLUDING EXPLOSIVES) CONTACT DEFENSE LOGISTICS AGENCY HOTLINE 1-800-851-8061. FOR EXPLOSIVE SHIPMENTS CONTACT THE ARMY OPERATIONS CENTER, COLLECT (703) 697-0218/0219. ASK FOR THE "WATCH OFFICER". FOR DSC SAFEHAVEN CALL (800) 524-0331. FOR RADIOACTIVE MATERIAL ONLY: CALL (800) 424-8802.
111) SHIPPER TO LOAD AND CONSIGNEE TO UNLOAD. DOES NOT SEE DESCRIPTION OF ARTICLES

| TOTAL PKGS. NO. | KIND | HM | DESCRIPTION OF ARTICLES (Use carrier's classification or tariff description if possible; otherwise use a clear nontechnical description) | WEIGHT * (Pounds only) | Services | Rate | Charges |
|---|---|---|---|---|---|---|---|
| 6 | CO | | CLASSIFICATION ITEM NO 999913 — THIS BL CONSISTS OF 3 PAGES<br>FAK (See MFTRP 1B for Cargo Liability)<br>IN CASE OF EMERGENCY CALL FOR EXPLOSIVES:703-697-0218/0219 FOR OTHER HAZMAT: 800-851-8061<br>Mileage 2593<br>TOT QTY:36120 P CU:1884<br>SEE CONTINUATION SHEET FOR DETAILS<br>*Truck Arrived 11:00 AM Departed 3:00 PM* | 36120.0 | *Refused Delivery Per SFA FMD* *[signature]* | | |
| | | | | | TOTAL CHARGES | | *STO/2* |

TARIFF/SPECIAL RATE AUTHORITY: TRIM:000610-00
PICKUP SERVICE FURNISHED [X] | VEHICLE FULLY LOADED [ ] | SHIPPERS INITIALS: BF | ROUTE ORDER/RELEASE NUMBER

STOP THIS SHIPMENT AT / FOR

FURNISH INFORMATION ON CAR/TRUCKLOAD/CONTAINER SHIPMENTS

| INITIALS & NO. | SEAL NUMBERS | LENGTH/CUBE ORDERED | LENGTH/CUBE FURNISHED | MARKED CAPACITY ORDERED | MARKED CAPACITY FURNISHED | DATE |
|---|---|---|---|---|---|---|
| TRIM:5148T | APPLIED BY: SH | AF3 | AF3 | | | 2001-08-08 |

CARRIER'S PICKUP DATE: 2001-08-08 | SIGNATURE OF AGENT: TRIM SPEC CARRIERS *[signature]* | PER: TRIM | CARRIER WAY/FREIGHT BILL NO. AND DATE

| MODE | ESTIMATE | NO CLS/TLS | TYPE RATE | PSC | REASON | DELIVERED ON DATE | AT (Actual delivery point) |
|---|---|---|---|---|---|---|---|
| B | 2,512.62 | 1 | | | 82 482.56 | | |

ISSUING OFFICER AND OFFICE (issuing officer name, office and complete address)
DONNIE L. HAMILTON CIV, TRANSPORTATION OFC
TRANSPORTATION OFFICER
SIERRA ARMY DEPOT
ATTN: SMASI-MOMD
HERLONG, CA 96113-5210 US W62G2X
GBLOC: LDAQ

BY (Name of the delivering carrier)

DELIVERED THIS CONSIGNMENT COMPLETE & IN APPARENT GOOD ORDER EXCEPT AS MAY BE INDICATED SHORTAGE [ ] DAMAGED [ ]
[ ] CARRIER OS&D REPORT ATTACHED
[ ] DELIVERY AT DESTINATION FURNISHED
[ ] ACCESSORIAL SERVICES CERTIFICATION ATTACHED
NAME OF BILLING CARRIER
SIGNATURE OF AGENT

CONTRACT/PURCHASE ORDER NO. AND FOB POINT | DATED

THIS IS TO CERTIFY THAT HERE-IN NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. SUBJECT TO SECTION 7 OF THE CONDITIONS, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

RECEIVED, SUBJECT TO THE TENDERS AND RULES IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING, THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITIONS OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVEWHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF, SAID PROPERTY OVER ALL OR ANY PORTION OF THE SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY SAID PROPERTY, THAT EVERY SERVICE BE PERFORMED HERE UNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERM AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS. NOTE - WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUESTED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING:
$________ PER________ FREIGHT CHARGES PREPAID [ ] COLLECT [ ] FREIGHT PREPAID UNLESS COLLECT BOX IS CHECKED

EXHIBIT "18"

Hoosier Tradewinds, Inc.

1980 E. 116th St.
Suite 317
Carmel, IN 46032

# Invoice

| Date | Invoice # |
|---|---|
| 8/14/2001 | 4431 |

| Bill To |
|---|
| Trism Special Services, Inc.<br>P.O. Box 113<br>Joplin, MO 64802<br>1-800-811-5161 |

| P.O. Number | Terms | Project |
|---|---|---|
| 24949489 | Net 30 | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Ship date: 08-02-01<br>Columbus, OH<br><br>Delivery date: 08-07-01<br>Denver, CO | 2,500.00 | 2,500.00 |

Thank you for your business.

**Total** $2,500.00

EXHIBIT "19"

SPANK

# BROKERAGE RATE CONFIRMATION

CARRIER: HOOSIER TRADEWINDS
PAYMENT METHOD: 3rd PARTY (43475)

COMP NMBR: 24949489 (Put on Invoice)
CONTRACT RATE: SEE NOTES

BILL TO BROKER:
TRISM SPECIAL SERVICES, INC.
P.O. BOX 113
JOPLIN, MISSOURI 64802
ATTN: ACCOUNTS PAYABLE - BROKERAGE

KENNESAW: (800)811-5161
COLUMBUS: (877)888-6392

SHIPPER:
FAA C/O BROWN N.AMERICAN
2100 CLOVERLEAFT ST E.
COLUMBUS
OH 43232
KEITH EXT 118: (514)866-9111

CONSIGNEE:
FAA
26705 E 68TH AVE
DENVER
CO 80201
LARRY WINTERS 24HRS A: (303)342-1440

VIA

| PNTS | LOCATION NAME | STREET ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|---|
| NONE | | | | | |

PICK-UP WINDOW:
FROM DATE/TIME: 08/02/01 13:00
TO DATE/TIME: 08/02/01 13:00

DELIVERY WINDOW:
FROM DATE/TIME: 08/06/01 08:00
TO DATE/TIME: 08/06/01 08:00

BILL OF LADING: D3992084
TARIFF CODE AND ITEM #: TRIM 1004

COMMODITY CODE: XGFX
LTL Y/N:

CHAINS 0 BINDERS 0 TARPS 2 WENCHES 0 STRAPS 6 LDLOCKS 0

| PCS | COMMODITY | SERIAL NUMBER | WEIGHT | AS WGHT |
|---|---|---|---|---|
| 15 | CRATED ANTENNA PARTS | 016-01-GM | 5847 | 8367 |

PRODUCT DIMENSIONS: 48'0"X8'0"X5'0" REQUIRED EQUIPMENT: F
OVERALL DIMENSIONS: TARPS: Y

NOTES - NOTES - NOTES

** GOV'T LOAD - YOUR DRIVER MUST CALL TRISM BROKERAGE WITH THE GBL#!!!! **
*TARP LOAD*WEATHER/LOAD FROM GBLD3992084*CALL AHD
FOR P/U*614-235-5254
JOHN KANUTE 202-488-9740 ext. 142
*CALL 24HR AHD FOR DELIVERY ETA/303-342-1440 LARRY WINTER
* CARRIER PAY INCLUSIVE OF FUEL SURCHARGES & TARPING ***
HOOSIER TRADEWINDS TO BILL 2500.00 CRAIG 800.408.8771
BROKERED BY TODD WHEELER 800.811.5161 FAX 770.795.4605

SERVICE: This Rate Confirmation is made, and all transportation services provided by Carrier, shall constitute an Addendum to and part of that certain Brokerage Agreement, entered into by the parties. Upon signing this document, Carrier agrees not to back solicit any shipper or consignee of Broker.

GOVERNING LAW/JURISDICTION: This contract shall be governed by and construed under the laws of the State of Georgia. All disputes arising hereunder shall be heard by a court of competent jurisdiction in Cobb County, Georgia and the parties hereby consent and submit thereto.

DOCUMENTATION: Each load trasported under this contract shall be evidenced by a standard uniform straight bill of lading, which will be numbered and will be signed by the consignee as evidence of delivery, and such bill of lading must be submitted to Broker as a condition of payment of freight charges.

HOOSIER TRADEWINDS

BY: Debra Q. McNall DATE: 8-1-01

EXHIBIT "20"

# U.S. GOVERNMENT BILL OF LADING

ORIGINAL

B/L NO. D-3992084

1. TRANSPORTATION COMPANY TENDERED TO: TRISM Specialized Carriers 800/999-4285 [handwritten correction]
2. SCAC: TRIM
3. DATE B/L PREPARED: 7/25/01
4. ROUTE ORDER/RELEASE NUMBER:
5. DESTINATION (Name, address and ZIP code): Denver, CO 80249
6. SPLC (Dest.):
7. SPLC (Orig.):
8. ORIGIN (Name, address and ZIP code): Columbus, OH 43232
9. CONSIGNEE (Name, address and ZIP code of installation): FAA, TOC Building, 26805 E. 68th Ave., Denver, CO 80249
10. GBLOC (Cons.):
11. SHIPPER (Name, address and ZIP code): FAA/c/o: Brown Riggers
12. APPROPRIATION CHARGEABLE: W/382A.0/G531/2D02A0/2211/31310139
13. BILL CHARGES TO (Dept./agency, bureau/office mailing address and ZIP code): DOT/Federal Aviation Admin., Attn: AFM-220, 800 Independence Ave., SW, Washington, DC 20591
AGENCY LOC CODE:
14. VIA (Route shipment when advantageous to the Government): Flat Bed
15. MARKS AND ANNOTATIONS (If extra services are ordered, see Administrative Directions No. 2 on reverse)

**AT DESTINATION, CALL:**
Larry Winter, 303/342-1440

**AT ORIGIN, CALL:**
Marvin Miller, 614/235-5254

**NOTE: MUST CALL 24 HOURS PRIOR TO DELIVERY. DELIVERY HOURS: 8 THRU 4, MONDAY THRU THURSDAY. WHEATHER TARP REQUIRED.**

| 16. PACKAGES NO. | KIND | 17. HM | 18. DESCRIPTION OF ARTICLES (Use carrier's classification or tariff description if possible, otherwise use a clear nontechnical description) CLASSIFICATION ITEM NO. | 19. WEIGHT* (Pounds only) | Services | Rate | Charges |
|---|---|---|---|---|---|---|---|
| 7 | | | Electronic Equipment<br>016-01-GM<br>Received [handwritten] J. Akerley [signature] 8/7/01 | 8714 | | | |
| | | | | | TOTAL CHARGES | | |

FOR USE OF BILLING CARRIER ONLY

20. TARIFF/SPECIAL RATE AUTHORITY: Quote #956871
21. PICKUP SERV. FURNISHED ☐ YES; VEHICLE FULLY LOADED ☐ YES; SHIPPER'S INITIALS
22. CARRIER WAY/FREIGHT BILL NO. AND DATE
23. STOP THIS SHIPMENT AT: FOR:
24. FURNISH INFORMATION ON CAR/TRUCKLOAD/CONTAINER SHIPMENTS

| INITIALS & NO. | SEAL NUMBERS | LENGTH/CUBE ORDERED | LENGTH/CUBE FURNISHED | MARKED CAPACITY ORDERED | MARKED CAPACITY FURNISHED | DATE FURNISHED |
|---|---|---|---|---|---|---|
| | APPLIED BY: | | | | | |

25. CARRIER'S PICKUP DATE (Year, month, & day): 8/2/01
26a. SIGNATURE OF AGENT: [signature]
26b. PER
B/L NUMBER: D-3992084

| 27. MODE | 28. ESTIMATE | 29. NO. OF CLS/TLS | 30. TYPE RATE | 31. PSC | 32. REASON |
|---|---|---|---|---|---|
| | | | | | |

Received by the transportation company named above, subject to conditions named on the reverse hereof, the property hereinafter described, in apparent good order and condition (contents and value unknown), to be forwarded to destination by the said company and connecting lines, there to be delivered in like good order and condition to said consignee.

FOR USE OF ISSUING OFFICE

33a. ISSUING OFFICE (Name and complete address): DOT/Federal Aviation Admin., Attn: ASU-210, 800 Independence Ave., SW, Washington, DC 20591
33b. GBLOC
33c. ISSUING OFFICER: Gary Mankin, Transportation Officer [signature]
33d. CONTRACT/PURCHASE ORDER NO. OR OTHER AUTHORITY: DTFA01-00-C-00025
33e. DATED
33f. FOB POINT NAMED IN CONTRACT: Columbus, OH

CERTIFICATE OF CARRIER BILLING—CONSIGNEE MUST NOT PAY ANY CHARGES

34a. DELIVERED ON (Year, month & day): / /
34b. AT (Actual delivery point)
34c. BY (Name of delivering carrier)
34d. DELIVERED THIS CONSIGNMENT COMPLETE & IN APPARENT GOOD ORDER EXCEPT AS MAY BE INDICATED ☐ SHORTAGE ☐ DAMAGED
34e. ☐ CARRIER OS&D REPORT ATTACHED ☐ DELIVERY AT DESTINATION FURNISHED ☐ ACCESSORIAL SERVICES CERTIFICATION ATTACHED
34f. NAME OF BILLING CARRIER
34g. SIGNATURE OF CARRIER'S AGENT

*Show also cubic measurements for shipments via air, truck or water carrier in cases where required

NSN7540-00-656-1476 EXHIBIT "21" 1103-121 STANDARD FORM 1103 (Rev. 4-85) PRESCRIBED BY GSA, FPMR (41 CFR) 101-41.3

[illegible]

DATE Jun-09-2001 | ORIGINAL | B/L NO. > WSCQRF0004100

CARRIER
TRISM SPECIALIZED CARRIERS, IN

SCAC
TRIM

CARRIER ACCOUNT NO.

DESTINATION (Name, address and ZIP code)
CDR 825TH QUARTERMASTER COMPANY
612 HIGHWAY 71 NORTH
WILLMAR, MN 56201-2196 US W57ENV

SPLC (Dest.)
505660000

ORIGIN (Name, address and ZIP code)
SHOP FORMAN ECS 64
BUILDING 56765 PARK AVE WEST
NORTH FORT HOOD, TX 76544 US N0FTH0

SPLC (Orig.)
682260250

CONSIGNEE (Name, address and ZIP code of installation)
CDR 825TH QUARTERMASTER COMPANY
612 HIGHWAY 71 NORTH
WILLMAR, MN 56201-2196 US W57ENV 1001

SHIPPER (Name, address and ZIP code)
SHOP FORMAN ECS 64
BUILDING 56765
NORTH FORT HOOD, TX 76544 US N0FTH0

APPROPRIATION CHARGEABLE
21 1208000002402441115R110072NL028013 SMKN29 04-059

BILL CHARGES TO (Dept/agency, bureau/office mailing address and ZIP code)
U.S. BANK - POWER TRACK
1010 SOUTH 7TH STREET
MINNEAPOLIS, MN 55415 US
PWRTRK

VIA (Route shipment when advantageous to the Government)
B

MARKS AND ANNOTATIONS
5021517613
FT HOOD TX POC MR ELINGTON 254-287-1572, WILLMAR MN POC
MARK LEYENDECKER 320-235-0011.
111) SHIPPER TO LOAD AND CONSIGNEE TO UNLOAD. DOES NOT
APPLY TO TOWAWAY SHIPMENTS.

TP: 3 DD:2001-06-18 5021517612
405 - Fuel Related Rate Adjustment $50.57

| TOTAL PKGS. NO. | KIND | HM | DESCRIPTION OF ARTICLES (Use carrier's classification or tariff description if possible; otherwise use a clear nontechnical description) | WEIGHT (Pounds only) | FOR USE OF BILLING CARRIER ONLY: Services | Rate | Charges |
|---|---|---|---|---|---|---|---|
| | | | CLASSIFICATION ITEM NO 99991301 / THIS BL CONSISTS OF 1 PAGES | | Rec'd [signature] | | |
| 1 | PC | | TAE (See MFTRF 12 for Cargo Liability) TCN: W57ENV1164-0004XXX CU:2560.0 COMMODITY:999912 ISO CONTAINER 6145012878567 1 PC CU/2560.0 240L96W96H 19760.0LS | 19760.0 | | | |
| | | | Mileage 1186 | | | | |
| 1 | PC | | TOT QTY:19760 P CU:2560 | 19760.0 | TOTAL CHARGES | | |

TARIFF/SPECIAL RATE AUTHORITY
TRIM:000610-00

PICKUP SERVICE FURNISHED [X]
VEHICLE FULLY LOADED [X]
SHIPPER'S INITIALS RKS

ROUTE ORDER/RELEASE NUMBER

STOP THIS SHIPMENT AT

FOR

FURNISH INFORMATION ON CAR/TRUCKLOAD/CONTAINER SHIPMENTS

| INITIALS & NO. | SEAL NUMBERS | LENGTH/CUBE ORDERED | LENGTH/CUBE FURNISHED | MARKED CAPACITY ORDERED | MARKED CAPACITY FURNISHED | DATE |
|---|---|---|---|---|---|---|
| TRIM:X 0216/02187 | APPLIED BY: SH | AF3 | | | | |

CARRIER'S PICKUP DATE
2001-06-12

SIGNATURE OF AGENT
X [signature]

PER

CARRIER WAY/FREIGHT BILL NO. AND DATE
X

| MODE | ESTIMATE | NO CLS/TLS | TYPE RATE | PBC | REASON |
|---|---|---|---|---|---|
| B | 1,579.37 | 1 | | | 02 541.50 |

DELIVERED ON DATE

AT (Actual delivery point)

ISSUING OFFICER AND OFFICE (Issuing officer name, office and complete address)
TA FOR GREGORY A. FOSS TRANSPORTATION OFFICER
TRANSPORTATION OFFICE
2123 SOUTH 8TH AVENUE
FORT MCCOY, WI 54656-5132 US WSCQRF

GBLOC
GEAS

BY (Name of the delivering carrier)

DELIVERED THIS CONSIGNMENT COMPLETE & IN APPARENT GOOD ORDER EXCEPT AS MAY BE INDICATED SHORTAGE [ ] DAMAGED [ ]

[ ] CARRIER OS&D REPORT ATTACHED
[ ] DELIVERY AT DESTINATION FURNISHED
[ ] ACCESSORIAL SERVICES CERTIFICATION ATTACHED

NAME OF BILLING CARRIER

SIGNATURE OF AGENT

CONTRACT/PURCHASE ORDER NO. AND FOB POINT

DATED

THIS IS TO CERTIFY THAT HEREIN NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

RECEIVED, SUBJECT TO THE TENDERS AND RULES IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING, THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITIONS OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVE WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF, SAID PROPERTY OVER ALL OR ANY PORTION OF THE SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY SAID PROPERTY, THAT EVERY SERVICE BE PERFORMED HERE UNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERM AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS. NOTE - WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUESTED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING:
$ ________ PER ________ FREIGHT CHARGES PREPAID [ ] COLLECT [ ] FREIGHT PREPAID UNLESS COLLECT BOX IS CHECKED

EXHIBIT 5

# COMMERCIAL BILL OF LADING

DATE ISSUED: 05-JUN-2001

B/L NO. CNFL100223

CARRIER: TRISM SPECIALIZED CARRIERS, I

SCAC: TRIM

CARRIER ACCOUNT NO:

DESTINATION (Name, address, and ZIP code)
SUPPLY SERVICES DIV DOL
BLDG 1671 CAMP FUNSTON VEHICLE PROC
FT RILEY, KS 66442-0000

SPLC (Dest.): 585234250

ORIGIN (Name, address and ZIP code)
AT TOW CO 8TH TANK BN
18650 NW 62ND AVE
HIALEAH, FL 33015-6009

SPLC (Orig): 4997260

CONSIGNEE (Name, address and ZIP code of installation)
SUPPLY SERVICES DIV DOL
BLDG 1671 CAMP FUNSTON VEHICLE PROC
FT RILEY, KS 66442-0000

GBLOC (Cons): KOAT

SHIPPER (Name, address and ZIP code)
TRAFFIC MANAGEMENT OFFICE
BLDG 213 WESTOVER ST/SUITE 133
HOMESTEAD ARB, FL 33039-5270

APPROPRIATION CHARGEABLE ADVICE NO: M21400
O/A: 17711107.27A0 000 67861 067443 2D M67861 67861 CEL400

BILL CHARGES TO (Dept/agency, bureau/office mailing address and ZIP code)
USBANK
8918 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55415

AGENCY LOC: USBANK

VIA (Route shipment when advantageous to the Government)

MARKS AND ANNOTATIONS ODD = 2001-06-14
TPI ODD: 010614 POC DOX FORD OR CYSGT PRATT OR SSG WHITE POC TELEPHONE 785-239-2185/3740 RECEIVING HOURS ARE
MON-FRI 0730 - 1100 HRS

RECEIVED JUN 12 2001 [stamp, signature]

| TOTAL PKGS NO | KIND | HM | DESCRIPTION OF ARTICLES (Use carrier's classification or tariff description if possible, otherwise use clear nontechnical description) | WEIGHT (Pounds only) | FOR USE OF BILLING CARRIER ONLY: Services | Rate | Charges |
|---|---|---|---|---|---|---|---|
| | | | CLASSIFICATION ITEM NO N-190190(0) VEHICLES, MOTOR, AUTOMOBILES, FREIGHT, NOI, INCLUDING TRACTORS (DRIVING TRUCKS FOR FREIGHT VEHICLES OR FIRE APPARATUS) | | | | |
| | | X | RELEASE VALUE: $20,000 MILEAGE: N/A<br>TOTALS B/L: PCS: 3 CUBE: 1995 WT:<br>This CBL consists of 2 page(s) and has no stop offs. | 13500 | | | |
| | | | SEE CONTINUATION PAGE(S) FOR ITEM DETAILS | | TOTAL CHARGES | | |

TARIFF/SPECIAL RATE AUTHORITY: TRIM00052100

PICKUP SERVICE FURNISHED ☐
VEHICLE FULLY LOADED ☐

SHIPPER'S INITIALS: RSH

ROUTE ORDER/RELEASE NUMBER:

STOP THIS SHIPMENT AT

FOR

FURNISH INFORMATION ON CAR/TRUCKLOAD/CONTAINER SHIPMENTS

| INITIALS & NO | SEAL NUMBERS | LENGTH/CUBE ORDERED | LENGTH/CUBE FURNISHED | MARKED CAPACITY ORDERED | MARKED CAPACITY FURNISHED | DATE |
|---|---|---|---|---|---|---|
| TRIM/0 1833 | | AF3 | AF3 | | | 2001-06 |
| 0 1833 T | APPLIED BY | | | | | |

CARRIER'S PICKUP DATE: 6-7-01

SIGNATURE OF AGENT: [signature]

PER: Trism

CARRIER WAY/FREIGHT BILL NO. AND DATE:

| MODE | ESTIMATE | NO CLS/TLS | TYPE RATE | PSC | REASON |
|---|---|---|---|---|---|
| S | 2135.72 | 1 | 1 | | |

DELIVERED ON DATE:

AT (Actual delivery point):

ISSUING OFFICER AND OFFICE (Issuing officer name, office and complete address)
WILLIE J. ROBINSON, TA FOR TO
TRAFFIC MANAGEMENT OFFICE
BLDG 213 WESTOVER ST SOUTH END
HOMESTEAD ARB, FL 33039-1299

GBLOC: CNFL

BY (Name of the delivering carrier)

DELIVERED THIS CONSIGNMENT COMPLETE & IN APPARENT GOOD ORDER EXCEPT AS MAY BE INDICATED SHORTAGE ☐ DAMAGED ☐

☐ CARRIER OS&D REPORT ATTACHED
☐ DELIVERY AT DESTINATION FURNISHED
☐ ACCESSORIAL SERVICES CERTIFICATION ATTACHED

NAME OF BILLING CARRIER

SIGNATURE OF AGENT

CONTRACT/PURCHASE ORDER NO. AND FOB POINT
5/3740 RECEIVING HOURS ARE

DATED

THIS IS TO CERTIFY THAT THE HEREIN NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. SUBJECT TO SECTION 7 OF THE CONDITIONS, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES

RECEIVED, SUBJECT TO THE CLASSIFICATION AND TARIFFS IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING, THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITIONS OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVE WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF THE SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY SAID PROPERTY, THAT EVERY SERVICE BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS. NOTE - WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUESTED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING
$ PER

FREIGHT CHARGES PREPAID ☐ COLLECT ☐ FREIGHT PREPAID UNLESS COLLECT BOX IS CHECKED

EXHIBIT 6

# COMMERCIAL BILL OF LADING CONTINUATION SHEET

| DATE ISSUED | B/L NO. | |
|---|---|---|
| 05-JUN-2001 | CNFL100223 | |
| CARRIER WAY/FREIGHT/BILL NO. AND DATE | | PAGE NO. 2 |
| ISSUING OFFICE | TRAFFIC MANAGEMENT OFFICE<br>BLDG 213 WESTOVER ST SOUTH END<br>HOMESTEAD ARB, FL 33039-1299 | |

| PACKAGES NO | KIND | HM | DESCRIPTION OF ARTICLES (Use carrier's classification or tariff description if possible, otherwise use clear nontechnical description) | WEIGHT * (Pounds only) | Services | Rate | Charges |
|---|---|---|---|---|---|---|---|
| 3 | VO | X | M214001121T012XXX N-190190(0) CUBE: 1995<br>VEHICLES, MOTOR,AUTOMOBILES:FREIGHT, NOI, INCLUDING TRACTORS (DRIVING TRUCKS FOR FREIGHT VEHICLES OR FIRE APPARATUS)<br>ENGINE,INTERNAL COMBUSTION,9,UN3166,9/ MISCELLANEOUS HAZARD MATERIAL, UN3166,<br>EMERGENCY CONTACT: 1-800-851-8061<br>SHIPPER TO LOAD AND CONSIGNEE TO UNLOAD.<br>RELEASED VALUE NOT EXCEEDING 20,000.(RELEASED VALUE AMOUNT OF SHIPMENT IN EACH VEHICLE AS FURNISHED IN ROUTE ORDER) PER VEHICLE.<br>THIS IS TO CERTIFY THAT THE HEREIN NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | 13500 | | | |
| | | | SHIPMENT TOTALS: | | | | |
| | | | FREIGHT = | 13500 | | | |
| | | | NET = | 13500 | | | |
| | | | GROSS = | 13500 | | | |
| | | | COMMODITY SUMMARY:<br>Commodity Code and sub-element: 190190(0) — Freight Quantity: 13500 — Quantity Qualifier: LBS | | | | |
| | | | LINE ITEM INFORMATION: | | | | |
| 3 | VO | X | M214001121T012XXX N-190190(0) CUBE: 1995<br>VEHICLES, MOTOR,AUTOMOBILES:FREIGHT, NOI, INCLUDING TRACTORS (DRIVING TRUCKS FOR FREIGHT VEHICLES OR FIRE APPARATUS)<br>ENGINE,INTERNAL COMBUSTION,9,UN3166,9/ MISCELLANEOUS HAZARD MATERIAL, UN3166.<br>EMERGENCY CONTACT: 1-800-851-8061 | 13500 | | | |

# COMMERCIAL BILL OF LADING

DATE: Jun-13-2001 | ORIGINAL | B/L NO. > S2401A0001685

CARRIER: TRISM SPECIALIZED CARRIERS, IN | SCAC: TRIM | CARRIER ACCOUNT NO.

DESTINATION (Name, address and ZIP code)
49 SUPS LGSCDR
280 DELAWARE AVENUE
CML PH 573-5566
HOLLOMAN AFB, NM 73523-5110 US FE4801

SPLC (Dest.) 778144240

ORIGIN (Name, address and ZIP code)
STINAR CORPORATION
ATTN: THOMAS CARLSON
3255 SIBLEY MEMORIAL HIGHWAY
ST. PAUL, MN 55121 US 32526

SPLC (Orig.) 504450000

CONSIGNEE (Name, address and ZIP code of installation)
49 SUPS LGSCDR
280 DELAWARE AVENUE
CML PH 573-5566
HOLLOMAN AFB, NM 73523-5110 US FE4801 IOOI

SHIPPER (Name, address and ZIP code)
STINAR CORPORATION
ATTN: THOMAS CARLSON
3255 SIBLEY MEMORIAL HIGHWAY
ST. PAUL, MN 55121 US 32526

APPROPRIATION CHARGEABLE
F8D2130

VIA (Route shipment when advantageous to the Government)

BILL CHARGES TO (Dept/agency, bureau/office mailing address and ZIP code)
U.S. BANK - POWER TRACK
1010 SOUTH 7TH STREET
MINNEAPOLIS, MN 55415 US
PWRTRK

MARKS AND ANNOTATIONS
SOC Stop Off
E023087600
RECEIVING HOURS 0730 - 1630
MONDAY THRU FRIDAY
TEL#505/572-5566 OR 5567

TP: 3 DD:2001-06-15 S023087391

M/F: 49 TRNS/LGTO

| TOTAL PKGS. NO. | KIND | HM | DESCRIPTION OF ARTICLES (Use carrier's classification or tariff description if possible; otherwise use a clear nontechnical description) | WEIGHT * (Pounds only) | Services | Rate | Charges |
|---|---|---|---|---|---|---|---|
| 3 | PC | | CLASSIFICATION ITEM NO 999913; THIS BL CONSISTS OF 3 PAGES; FAK (See MFTRP 1B for Cargo Liability); Mileage 1278; TOT QTY:17800 P CU:1502; SEE CONTINUATION SHEET FOR DETAILS | 17800.0 | | | |
| | | | | | TOTAL CHARGES | | |

TARIFF/SPECIAL RATE AUTHORITY: TRIM:000610-00 | PICKUP SERVICE FURNISHED ☐ | VEHICLE FULLY LOADED ☐ | SHIPPERS INITIALS | ROUTE ORDER/RELEASE NUMBER

STOP THIS SHIPMENT AT
639850000
ALTUS AFB OK
FOR UNLOADING

FURNISH INFORMATION ON CAR/TRUCKLOAD/CONTAINER SHIPMENTS

| INITIALS & NO. | SEAL NUMBERS | LENGTH/CUBE ORDERED | LENGTH/CUBE FURNISHED | MARKED CAPACITY ORDERED | MARKED CAPACITY FURNISHED | DATE |
|---|---|---|---|---|---|---|
| TRIM:- | APPLIED BY: SH | AF3 | | | | |

CARRIER'S PICKUP DATE: 2001-06-14 | SIGNATURE OF AGENT | PER TRIM | CARRIER WAY/FREIGHT BILL NO. AND DATE

| MODE | ESTIMATE | NO CLS/TLS | TYPE RATE | PSC | REASON | DELIVERED ON DATE | AT (Actual delivery point) |
|---|---|---|---|---|---|---|---|
| 3 | 2,476.50 | 1 | | | | 6- -01 | Same |

ISSUING OFFICER AND OFFICE (Issuing officer name, office and complete address)
TIM TAYLOR, TRANSPORTATION OFFICER
DCM TWIN CITIES
3001 METRO DR., STE. 200
BLOOMINGTON, MN 55425-1573 US S2401A

GBLOC: GASK

BY (Name of the delivering carrier): Hoosier Trade Winds

DELIVERED THIS CONSIGNMENT COMPLETE & IN APPARENT GOOD ORDER EXCEPT AS MAY BE INDICATED SHORTAGE ☐ DAMAGED ☐

☐ CARRIER OS&D REPORT ATTACHED
☐ DELIVERY AT DESTINATION FURNISHED
☐ ACCESSORIAL SERVICES CERTIFICATION ATTACHED

NAME OF BILLING CARRIER: Hoosier 1593

SIGNATURE OF AGENT

CONTRACT/PURCHASE ORDER NO. AND FOB POINT: F09603-99-C-0317/P906 ST. PAUL, MN | DATED

THIS IS TO CERTIFY THAT HERE-IN NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. SUBJECT TO SECTION 7 OF THE CONDITIONS. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

RECEIVED, SUBJECT TO THE TENDERS AND RULES IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING, THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITIONS OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVE WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF, SAID PROPERTY OVER ALL OR ANY PORTION OF THE SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY SAID PROPERTY, THAT EVERY SERVICE BE PERFORMED HERE UNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERM AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS. NOTE - WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUESTED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING:
$________ PER ____________ FREIGHT CHARGES PREPAID ☐ COLLECT ☐ FREIGHT PREPAID UNLESS COLLECT BOX IS CHECKED

EXHIBIT 7

| COMMERCIAL BILL OF LADING CONTINUATION SHEET | ORIGINAL | B/L NO. > S2401A0001685<br>SHEET NO. 2 OF 3 |
|---|---|---|
| (This form is to be used as a continuation sheet for SF 1105, U.S. Government Freight Waybill-Original, or SF 1205, U.S. Government Freight Waybill-Privately Owned Personal Property- Original.) | ISSUING OFFICE (Name and complete address)<br>DCM TWIN CITIES<br>3001 METRO DR., STE. 200<br>BLOOMINGTON, MN 55425-1573 US S2401A | |

| TRANSPORTATION COMPANY TENDERED TO | FROM (Shipping Point) | WAYBILL DATE | WAYBILL NUMBER |
|---|---|---|---|
| TRISM SPECIALIZED CARRIERS, IN | | | |

| PACKAGES NO | PACKAGES KIND | HM | DESCRIPTION OF ARTICLES (Use carrier's classification or tariff description if possible; otherwise use a clear nontechnical description) | WEIGHT * (Pounds only) | SERVICES | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | STOP-OFF:1(UNLOADING)<br>97 SUPS LGS<br>717 SOUTH 1ST ST.<br>BLDG 395, CML PH 481-7552<br>ALTUS AFB, OK<br>SPLC: 639850000 | | | | |
| 1 | PC | | FAK (See MFTRP 1B for Cargo Liability)<br>TCN:S2401A04116402XXX CU:900.7<br>COMMODITY:999913<br>CONTRACT NUMBER:F09603-99-C-0317/P006<br>CONTRACT FOB NAMED:ST. PAUL, MN<br>FLIGHT LINE TOW TRACTOR<br>1 PC CU:900.7 193L96W84H 8900.0LB<br>VIN: 1FDSF34F41EC00807<br>STINAR #3948<br>RECEIVING HOURS 0730 - 1630 MONDAY THRU FRIDAY<br>TEL.#580/481-0922 | 8,900.0 | | | |
| 1 | PC | | STOP-OFF 1 TOTALS(UNLOADING) CU: 900<br>RECEIVED BY: [signature]<br>DATE 13 JUL 01 | 8,900.0 | | | |

# COMMERCIAL BILL OF LADING CONTINUATION SHEET

ORIGINAL

B/L NO. > S2401A0001685

SHEET NO. 3 OF 3

(This form is to be used as a continuation sheet for SF 1105, U.S. Government Freight Waybill-Original, or SF 1205, U.S. Government Freight Waybill-Privately Owned Personal Property- Original.)

ISSUING OFFICE (Name and complete address)
DCM TWIN CITIES
3001 METRO DR., STE. 200
BLOOMINGTON, MN 55425-1573 US S2401A

| TRANSPORTATION COMPANY TENDERED TO | FROM (Shipping Point) | WAYBILL DATE | WAYBILL NUMBER |
|---|---|---|---|
| TRISM SPECIALIZED CARRIERS, IN | | | |

| PACKAGES NO | PACKAGES KIND | HM | DESCRIPTION OF ARTICLES (Use carrier's classification or tariff description if possible; otherwise use a clear nontechnical description) | WEIGHT (Pounds only) | SERVICES | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | FINAL DESTINATION | | | | |
| 1 | PC | | FAK (See MFTRP 1B for Cargo Liability)<br>TCN:S2401A04116401XXX CU:900.7<br>COMMODITY:999913<br>CONTRACT NUMBER:F09603-99-C-0317/P006<br>CONTRACT FOB NAMED:ST. PAUL, MN<br>FLIGHT LINE TOW TRACTOR<br>1 PC CU:900.7 193L96W84H 8900.0LB<br>VIN: 1FDSF34F91EC00043 STINAR #3965 | 8,900.0 | | | |
| 1 | PC | | FINAL DEST TOTALS (UNLOADING) CU:900.0<br>[signature] 19 Jun 01<br>EQUIPMENT DESCRIPTION CONT:<br>TRACTOR:<br>CONTRACT DATA<br>Contract Number F09603-99-C-0317/P006 Weight 17800.0 Cost 2,476.50<br>Total Weight 17,800.0 Total Cost 2,476.50<br>[signature] | 8,900.0 | | | |

# COMMERCIAL BILL OF LADING

DATE ISSUED: 02-JUL-2001
B/L NO. AQFL103175

CARRIER: TRISH SPECIALIZED CARRIERS
SCAC: TRIH
CARRIER ACCOUNT NO.

DESTINATION (Name, address, and ZIP code):
KEVIN INGLESON
3050 E 72ND ST-MINNEAPOLIS IAP SIDE
MINNEAPOLIS, MN 55450-5000
SPLC (Dest.): 504600000

ORIGIN (Name, address and ZIP code):
FB4484 305 APS/TRTC
3101 VANDENBERG AVENUE (FB4484)
MCGUIRE AFB, NJ 08641-5270
SPLC (Orig): 19723

CONSIGNEE (Name, address and ZIP code of installation):
KEVIN INGLESON 612-725-6389
3050 E 72ND ST-MINNEAPOLIS IAP SIDE
MINNEAPOLIS, MN 55450-5000
GBLOC (Cons.): IOOI

SHIPPER (Name, address and ZIP code):
FB4484 305 APS/TRTC
3101 VANDENBERG AVENUE (FB4484)
MCGUIRE AFB, NJ 08641-5270

APPROPRIATION CHARGEABLE: ADVICE NO: S0149120
O/A: 97X4930.FD4068165421010002113124620041122F525700

BILL CHARGES TO (Dept/agency, bureau/office mailing address and ZIP code):
USBANK
1010 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55415
AGENCY LOC: USBANK

VIA (Route shipment when advantageous to the Government)

MARKS AND ANNOTATIONS: RDD = 2001-07-05

| TOTAL PKGS. NO | KIND | HM | DESCRIPTION OF ARTICLES (Use carrier's classification or tariff description if possible; otherwise use clear nontechnical description) | WEIGHT (Pounds only) | FOR USE OF BILLING CARRIER ONLY: Services | Rate | Charges |
|---|---|---|---|---|---|---|---|
| | | | CLASSIFICATION ITEM NO: D-999913(0) — FAK, RVNE $2.50 PER LB | | | | |
| | | | RELEASE VALUE: $2.5 MILEAGE: N/A<br>TOTALS B/L: PCS: 3 CUBE: 1682 WT:<br>This CBL consists of 2 page(s) and has no stop offs. | 20600 | | | |
| | | | SEE CONTINUATION PAGE(S) FOR ITEM DETAILS | | TOTAL CHARGES | | |

TARIFF/SPECIAL RATE AUTHORITY: TRIM00061000
PICKUP SERVICE FURNISHED ☐
VEHICLE FULLY LOADED ☐
SHIPPER'S INITIALS: JON
ROUTE ORDER/RELEASE NUMBER

STOP THIS SHIPMENT AT

FOR:

FURNISH INFORMATION ON CAR/TRUCKLOAD/CONTAINER SHIPMENTS

| INITIALS & NO. | SEAL NUMBERS | LENGTH/CUBE ORDERED | LENGTH/CUBE FURNISHED | MARKED CAPACITY ORDERED | MARKED CAPACITY FURNISHED | DATE |
|---|---|---|---|---|---|---|
| TRIM/0<br>TRIM/0<br>0 | APPLIED BY: | AF3 / | AF3 / | | | |

CARRIER'S PICKUP DATE: 2 Jul 01
SIGNATURE OF AGENT: [signature] Hoosier Tradewinds
PER
CARRIER WAY/FREIGHT BILL NO. AND DATE: 24860652

| MODE | ESTIMATE | NO CLS/TLS | TYPE RATE | PSC | REASON |
|---|---|---|---|---|---|
| B | 2355.64 | 1 | 1 | | |

DELIVERED ON DATE: 7-5-01
AT (Actual delivery point): Minn MN

ISSUING OFFICER AND OFFICE (Issuing officer name, office and complete address):
GREGORY WRIGHT, TA FOR TMO
FB4484 305 APS/TRT
1706 VANDENBURG AVE
MCGUIRE AFB, NJ 08641-5270
[signature]

GBLOC: AQFL

BY (Name of the delivering carrier): Hoosier Tradewinds Inc

DELIVERED THIS CONSIGNMENT COMPLETE & IN APPARENT GOOD ORDER EXCEPT AS MAY BE INDICATED
SHORTAGE ☐ DAMAGED ☐

CONTRACT/PURCHASE ORDER NO. AND FOB POINT: [signature] Melberg Elliott 5 Jul 01
DATED

☐ CARRIER OS&D REPORT ATTACHED
☐ DELIVERY AT DESTINATION FURNISHED
☐ ACCESSORIAL SERVICES CERTIFICATION ATTACHED

NAME OF BILLING CARRIER

SIGNATURE OF AGENT

"THIS IS TO CERTIFY THAT HEREIN NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED (PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION." SUBJECT TO SECTION 7 OF THE CONDITIONS, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES

...EIVED, SUBJECT TO THE CLASSIFICATION AND TARIFFS IN EFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING, THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ...DER EXCEPT AS NOTED (CONTENTS AND CONDITIONS OF CONTENTS OF PACKAGES UNKNOWN) MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVE WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF, SAID PROPERTY OVER ALL OR ANY PORTION OF THE SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY SAID PROPERTY, THAT EVERY SERVICE BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS. NOTE - WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUESTED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

$ PER

# COMMERCIAL BILL OF LADING CONTINUATION SHEET

DATE ISSUED: 02-JUL-2001

B/L NO. AQFL103175

CARRIER WAY/FREIGHT BILL NO. AND DATE: 24860652

PAGE NO. 2

ISSUING OFFICE: FB4484 305 APS/TRT
1706 VANDENBURG AVE
MCGUIRE AFB, NJ 08641-5270

| PACKAGES NO | KIND | HM | DESCRIPTION OF ARTICLES (Use carrier's classification or tariff description if possible; otherwise use clear nontechnical description) | WEIGHT* (Pounds only) | FOR USE OF BILLING CARRIER ONLY: Services | Rate | Charges |
|---|---|---|---|---|---|---|---|
| | | | SHIPPER TO LOAD AND CONSIGNEE TO UNLOAD. REQUIRED DELIVERY DATE 3 WORKING DAYS AFTER CONSIGNED TO CARRIER'S AGENT. | | | | |
| | | | SHIPMENT TOTALS: FREIGHT = | 20600 | | | |
| | | | NET = | 20600 | | | |
| | | | GROSS = | 20600 | | | |
| | | * | COMMODITY SUMMARY: Commodity Code and sub-element 999913(0); Freight Quantity 20600; Quantity Qualifier LBS | | | | |
| | | | LINE ITEM INFORMATION: | | | | |
| 3 | PC | | FB44841180X008XXX D-999913(0) CUBE: 1682 FAK, RVNE $2.50 PER LB | 20600 | | | |