# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *
HOOSIER TRADEWINDS, INC,
Plaintiff,
v.
UNITED STATES,
Defendant.
* * * * * * * * * * * * * * * * * * *

**No. 07-862C**
**Filed: January 17, 2008**

## O R D E R

To discuss future proceedings in this case, the court **ORDERS** the parties to appear at a status conference on **Tuesday, February 5, 2008, at 2:30 p.m. E.S.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Bullman at (260) 422-4042, and Ms. Sheehan at (202) 353-7995.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**