IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOOSIER TRADEWINDS, INC. n/k/a TRADEWINDS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-862C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

The United States respectfully requests an enlargement of time of 30 days, to and including March 5, 2008, within which to file its response to plaintiff's complaint. Our response is now due to be filed by February 4, 2008. We have not previously requested an enlargement of time for this purpose. Counsel for defendant has attempted to contact plaintiff's counsel to seek his consent to this request but has been unable to reach him.

A 30-day enlargement is needed to provide adequate time to respond properly to the complaint. Pursuant to 28 U.S.C. § 520, we sent to the United States Department of Defense and the United States Department of Transportation a copy of the complaint with a request for a litigation report and suggested response to the complaint.[1] However, for reasons unknown to us, neither agency was aware of the complaint until the week of January 22, 2008. In light of this,

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

both agencies have informed us that they require additional time to gather and to review any information necessary for preparation of their respective litigation reports and suggested responses to the complaint. The agencies, then, will require time to prepare the requested litigation reports and suggested responses to the complaint and to deliver them to us.

Once the litigation report is received, we will need sufficient time to review the litigation reports and suggested responses to the complaint, to obtain any additional information or clarification from the agencies, and to prepare and to file the Government's response to the complaint, following mandatory supervisory review.

For these reasons, we respectfully request that the Court grant this motion for a 30-day enlargement of time within which to file a response to plaintiff's complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Reginald Blades
REGINALD T. BLADES Jr.
Assistant Director

/s Courtney E. Sheehan
COURTNEY E. SHEEHAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 353-7995
Fax: (202) 514-8624

January 29, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 29th day of January, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Courtney E. Sheehan