# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**HOOSIER TRADEWINDS, INC., n/k/a TRADEWINDS,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 07-862C**
**Filed: January 30, 2008**

**O R D E R**

The court is in receipt of defendant's January 29, 2008 motion for an enlargement of time within which to file its response to plaintiff's complaint. Defendant's motion is **GRANTED**. As agreed to by the parties in a conference with chambers staff, defendant shall file its response to the complaint on or before **Wednesday, March 19, 2008**. The court also encourages the parties to consult, and to explore whether this claim can be resolved amicably between the parties, before additional legal resources are expended.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**