# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **HOOSIER TRADEWINDS, INC., n/k/a TRADEWINDS,** | * | |
| **Plaintiff,** | * | **No. 07-862C** |
| **v.** | * | **Filed: February 4, 2008** |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * *

**O R D E R**

As discussed with the parties, the status conference previously set for Tuesday, February 5, 2008, 10:30 a.m. EST, is **RESCHEDULED** for **Wednesday, March 26, 2008, 10:30 a.m. DST**. The parties shall appear by telephone. Unless otherwise notified, plaintiff's counsel will be contacted at (260) 422-4042, and defendant's counsel will be contacted at (202) 353-7995. The parties shall consult prior to the conference, and explore settlement possibilities.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**