# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**HOOSIER TRADEWINDS, INC., n/k/a TRADEWINDS,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 07-862C**
**Filed: March 26, 2008**

**O R D E R**

The court held a status conference in the above-captioned case, with the parties appearing by telephone. As discussed at the conference, plaintiff shall review the defendant's motion to dismiss, consult with defendant's counsel as necessary and, on or before **Wednesday, April 9, 2008**, shall either dismiss the complaint or file a notice to the court indicating that plaintiff will proceed, and will address the motion to dismiss. If plaintiff decides to proceed, on or before **Monday, April 21, 2008**, plaintiff shall file its response brief to the motion to dismiss. On or before **Thursday, May 8, 2008**, defendant shall file a reply brief on its motion to dismiss.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**