IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOOSIER TRADEWINDS, INC. n/k/a TRADEWINDS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-862C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, plaintiff, Hoosier Tradewinds, Inc., and defendant, the United States, agree to the voluntary dismissal of Case No. 07-862C, with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

Reginald T. Blades Jr.
REGINALD T. BLADES Jr.
Assistant Director

JOHN P. BULLMAN
801 Anthony Wayne Building
203 East Berry Street
Fort Wayne, IN 46802
Tele: (260) 422-4042
Fax: (260) 424-3053

Attorney for Plaintiff

April 15, 2008

COURTNEY E. SHEEHAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 353-7995
Fax: (202) 514-8624

Attorneys for Defendant

J.P. Bullman
JOHN P. BULLMAN
801 Anthony Wayne Building
203 East Berry Street
Fort Wayne, IN 46802
Tele: (260) 422-4042
Fax: (260) 424-3053

Attorney for Plaintiff

COURTNEY E. SHEEHAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 353-7995
Fax: (202) 514-8624

Attorneys for Defendant

April 15, 2008

CERTIFICATE OF FILING

I hereby certify that on this 15TH day of April, 2008, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Courtney E. Sheehan